# EXHIBIT I


**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Dec 5 03:51:02 EST 2019

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

Logout    Please logout when you are done to release system resources allocated for you.

Start   List At: ___   OR   Jump   to record: ___   **Record 1 out of 2**

[TSDR] [ASSIGN Status] [TTAB Status]   *( Use the "Back" button of the Internet Browser to return to TESS)*

# SISIGAD

| | |
|---|---|
| **Word Mark** | SISIGAD |
| **Translations** | The wording **SISIGAD** has no meaning in a foreign language. |
| **Goods and Services** | IC 012. US 019 021 023 031 035 044. G & S: Bicycle frames; Bicycle saddles; Civilian drones; Electric drives for vehicles; Electric bicycles; Electric unicycles; Electrically-powered motor scooters; Folding electric bicycles; Hubs for bicycle wheels; Mobility scooters; Motor scooters; Motorized mobility scooters; Motorized, electric-powered, self-propelled, self-balancing, wheeled personal mobility, transportation device; Pumps for bicycle tires; Pumps for bicycle tyres; Push scooters; Saddle covers for bicycles; Self-balancing one-wheeled electric scooters; Self-balancing two-wheeled electric scooters; Self-balancing scooters; Self-balancing unicycles; Bicycles; Mopeds; Motorcycles; Pushchairs; Strollers; Trolleys; Wheelchairs. FIRST USE: 20190127. FIRST USE IN COMMERCE: 20190127 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 88313953 |
| **Filing Date** | February 25, 2019 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Shenzhen Uni-Sun Electronics Co., Ltd. LIMITED LIABILITY COMPANY CHINA Bldg A, No. 43 Lan Er Road,Long Xin Community, Longgang District,Shenzhen Guangdong CHINA 518116 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Dec 5 03:51:02 EST 2019

Logout    Please logout when you are done to release system resources allocated for you.

Start    List At: ____  OR  Jump  to record: ____    **Record 1 out of 2**

( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | FLYING ANT |
| **Goods and Services** | IC 012. US 019 021 023 031 035 044. G & S: Bicycle frames; Bicycle saddles; Bicycle wheel hubs; Bicycles; Civilian drones; Electric bicycles; Electric drives for vehicles; Electric unicycles; Electrically-powered motor scooters; Folding electric bicycles; Hubs for bicycle wheels; Mobility scooters; Mopeds; Motor scooters; Motorcycles; Motorized, electric-powered, self-propelled, self-balancing, wheeled personal mobility, transportation device; Pumps for bicycle tires; Pumps for bicycle tyres; Push scooters; Pushchairs; Saddle covers for bicycles; Self-balancing one-wheeled electric scooters; Self-balancing scooters; Self-balancing two-wheeled electric scooters; Self-balancing unicycles; Strollers; Trolleys; Wheelchairs. FIRST USE: 20190211. FIRST USE IN COMMERCE: 20190211 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 03.23.11 - Ants<br>03.23.24 - Stylized insects, spiders and micro-organisms<br>27.03.03 - Animals forming letters or numerals |
| **Serial Number** | 88335439 |
| **Filing Date** | March 12, 2019 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Shenzhen Uni-Sun Electronics Co., Ltd. LIMITED LIABILITY COMPANY CHINA Bldg A, No. 43 Lan Er Road,Long Xin Community, Longgang District,Shenzhen Guangdong CHINA 518116 |
| **Attorney of Record** | Francis H. Koh |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of letters"FLYING" , "ANT" and the mark "-". The words " FLYING " and "ANT" are part of applicant's name. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

| Live/Dead Indicator | LIVE |
|---|---|

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY