# EXHIBIT III



# Details for Order #113-3369049-7660234
*Print this page for your records.*

**Order Placed:** December 5, 2019
**Amazon.com order number:** 113-3369049-7660234
**Order Total: $173.19**

## Not Yet Shipped

| **Items Ordered** | **Price** |

1 of: *FLYING-ANT Hoverboard Off Road All Terrain Self Balancing Scooters 6.5" Flash Two-Wheel Self Balancing Hoverboard with Bluetooth Speaker and LED Lights for Kids and Adults Gift*   $159.99
Sold by: Feishazo (seller profile)

Condition: New

**Shipping Address:**
Haoyi Chen
2500 WILCREST DR SUITE 301
HOUSTON, TX 77042-2752
United States

**Shipping Speed:**
Expedited Shipping

## Payment information

**Payment Method:**
Amazon.com Visa Signature | Last digits: 4157

**Billing address**
Diego Freire
490 Kent Rd.
Riverside, IL 60546
United States

Item(s) Subtotal: $159.99
Shipping & Handling: $0.00
-----
Total before tax: $159.99
Estimated tax to be collected: $13.20
-----
**Grand Total:$173.19**

To view the status of your order, return to *Order Summary*.

Conditions of Use | Privacy Notice © 1996-2019, Amazon.com, Inc. or its affiliates