# EXHIBIT VII



# Details for Order #113-0458268-7409003
**Print this page for your records.**

**Order Placed:** December 5, 2019
**Amazon.com order number:** 113-0458268-7409003
**Order Total: $173.19**

## Not Yet Shipped

| Items Ordered | Price |
|---|---|
| 1 of: *Benedi Hoverboard with Bluetooth Speaker Flash Wheel Electric Self Balancing Scooter 6.5inch with UL2272 Certified for Kids and Adults*<br>Sold by: JIANGKUN (seller profile) | $159.99 |

Condition: New

**Shipping Address:**
Haoyi Chen
2500 WILCREST DR SUITE 301
HOUSTON, TX 77042-2752
United States

**Shipping Speed:**
Expedited Shipping

## Payment information

**Payment Method:**
Amazon.com Visa Signature
| Last digits: 4157

**Billing address**
Diego Freire
490 Kent Rd.
Riverside, IL 60546
United States

Item(s) Subtotal: $159.99
Shipping & Handling: $0.00
-----
Total before tax: $159.99
Estimated tax to be collected: $13.20
-----
**Grand Total: $173.19**

To view the status of your order, return to **Order Summary**.

Conditions of Use | Privacy Notice © 1996-2019, Amazon.com, Inc. or its affiliates