IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| E-LINK TECHNOLOGY CO., LTD. <br><br> Plaintiff, <br><br> v. <br><br> SHENZHEN UNI-SUN ELECTRONICS CO., LTD., and Unknown Persons and/or Entities doing business under Amazon Seller IDs "FEISHAZO", "LEMONGREEN", AND "JIANGKUN", <br><br> Defendants. | Case No.: 1:20-cv-00247 <br><br><br> Hon. John J. Tharp, Jr. |

**PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION, A TEMPORARY ASSET RESTRAINT, EXPEDITED DISCOVERY, AND SERVICE OF PROCESS BY EMAIL**

Plaintiff, E-Link Technology Co., Ltd. ("E-Link" or "Plaintiff"), seeks entry of an *ex parte* temporary restraining order, including a temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of hoverboard products that infringe U.S. Patent Number US 10,358,081, a temporary asset restraint, expedited discovery, and service of process by email in an action arising out of the patent laws of the United States, 35 U.S.C. § 1 *et seq.*, including 35 U.S.C. §§ 271, 281, 283, 284, and 285.

A Memorandum of Law in Support is filed concurrently with this Motion.

Dated:  January 14, 2020                             Respectfully submitted,

                                                           /s/ William J. Leonard
                                                 One of the Attorneys for Plaintiff

WILLIAM J. LEONARD
(Bar ID # 6225444)
WANG, LEONARD & CONDON
Attorney for Plaintiff
33 N. LaSalle Street, Suite 2020
Chicago, Illinois 60602
Direct: 312-819-4651
Cell: 312-965-0013
Fax: 312-782-1669
Email: bill.wlc@gmail.com

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney, certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system on January 14, 2020.

/s/ William J. Leonard
One of the Attorneys for Plaintiff