# EXHIBIT I

# United States of America
## United States Patent and Trademark Office



| | |
|---|---|
| **Reg. No. 5,267,521** | E-LINK TECHNOLOGY CO., LTD. (CHINA limited company (ltd.) ) |
| **Registered Aug. 15, 2017** | BLOCK 1, SHI'AO 2ND INDUSTRIAL PARK<br>LANGJING RD, DALANG ST, LONGHUA TOWN<br>SHENZHEN, GUANGDONG CHINA |
| **Int. Cl.: 12** | |
| **Trademark** | CLASS 12: Electrically-powered motor scooters; Motor scooters and structural parts therefor; Motorized, electric-powered, self-propelled, self-balancing, wheeled personal mobility, transportation device; Non-motorized push scooters; Push scooters; Push scooters and structural parts therefor; Self-balancing unicycles; Wheels for scooters |
| **Principal Register** | |

FIRST USE 6-9-2017; IN COMMERCE 6-9-2017

The mark consists of the stylized word "hyper" with a dot above the vertical portion of the letter "h" and connected by a vertical line. Partially overlapping with the top, right portion of the letter "r" is a shaded square, set on an angle, containing the stylized word "GO" over the stylized word "GO".

SER. NO. 87-128,279, FILED 08-05-2016
JULIE MARI GUTTADAURO, EXAMINING ATTORNEY



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,578,031**

**Registered Oct. 09, 2018**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

E-LINK TECHNOLOGY CO., LTD (CHINA limited company (ltd.) )
1st Block Shi'ao 2nd Industrial Park,
Longhua Town,
Shenzhen, CHINA

CLASS 9: Anodes; Batteries, electric; Battery chargers; Cinematographic cameras; Electric navigational instruments; Portable telephones; Protective cases for smartphones; Slide or photograph projection apparatus; Telephone sets; Devices for hands-free use of mobile phones

FIRST USE 3-1-2011; IN COMMERCE 3-10-2011

The mark consists of wording "IFANSPACE.COM" under wording "IFANS" and they are on the right of stylized three people.

The wording "IFANSPACE" AND "IFANS" has no meaning in a foreign language.

SER. NO. 87-277,461, FILED 12-21-2016

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,729,670**

**Registered Apr. 16, 2019**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

E-LINK TECHNOLOGY CO, LTD. (CHINA limited company (ltd.) )
Block 1, Shi'ao 2nd Industrial Park
Langjing Rd, Dalang St, Longhua Town
Shenzhen, Guangdong, CHINA 518109

CLASS 9: Audio interfaces; Batteries; Cell phone battery chargers for use in vehicles; Chargers for batteries; Data processing equipment, namely, couplers; Electronic chips for the manufacture of integrated circuits; Electronic equipment for inspection and detection of foreign material within containers; Emergency signal transmitters; Humanoid robots with artificial intelligence; Telecommunication apparatus in the nature of wireless receivers in the form of jewelry

FIRST USE 4-28-2018; IN COMMERCE 4-28-2018

The mark consists of the stylized wording "ASIWO".

The wording "ASIWO" has no meaning in a foreign language.

SER. NO. 87-891,796, FILED 04-25-2018

Director of the United States
Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office



**Reg. No. 5,875,140**

**Registered Oct. 01, 2019**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

E-LINK TECHNOLOGY CO, LTD. (CHINA limited company (ltd.) )
Block 1, Shi'ao 2nd Industrial Park
Langjing Rd, Dalang St, Longhua Town
Shenzhen, Guangdong, CHINA 518109

CLASS 12: Electrically-powered motor scooters; Motor scooters and structural parts therefor; Motorized, electric-powered, self-propelled, self-balancing, wheeled personal mobility, transportation device; Non-motorized push scooters; Push scooters; Push scooters and structural parts therefor; Self-balancing two-wheeled electric scooters; Self-balancing unicycles; Wheels for scooters

FIRST USE 4-28-2018; IN COMMERCE 4-28-2018

The mark consists of the stylized wording "ASIWO".

The wording "ASIWO" has no meaning in a foreign language.

SER. NO. 87-891,801, FILED 04-25-2018

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



Reg. No. 5,798,088
Registered Jul. 09, 2019
Int. Cl.: 12
Trademark
Principal Register

E-LINK TECHNOLOGY CO., LTD (CHINA limited company (ltd.))
101(f1,2,3,4),no.13,2nd Industrial Park
Shiao Vil,xinshi Community,dalang Str
Longhua Dist, Shenzhen, CHINA 518110

CLASS 12: Aircraft; Airplanes; Bicycles; Boats; Cars; Civilian drones; Electric bicycles; Electrically-powered motor vehicles; Hot air balloons; Land vehicles; Locomotives; Mobility scooters; Mopeds; Motorcycles; Motorized, electric-powered, self-propelled, self-balancing, wheeled personal mobility, transportation device; Motors, electric, for land vehicles; Push scooters; Rail vehicles, namely, trains and structural parts therefor; Self-balancing one-wheeled electric scooters; Self-balancing two-wheeled electric scooters; Sports cars; Tricycles not being toys; Trolleys

FIRST USE 6-8-2018; IN COMMERCE 7-8-2018

The mark consists of the stylized letters "AB" followed to the right by the wording "ANGELBOARD".

SER. NO. 88-147,395, FILED 10-09-2018

Director of the United States
Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# Twö
# dots

**Reg. No. 5,936,929**

**Registered Dec. 17, 2019**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

E-Link Technology Co, Ltd  (CHINA LIMITED LIABILITY COMPANY)
101, No. 13, Second Industrial Zone
Shi'aovil., Xinshi Community, Dalang St.
Longhua, Shenzhen, CHINA 518000

CLASS 12: Electrically-powered motor scooters; Motor scooters and structural parts therefor; Motorized, electric-powered, self-propelled, self-balancing, wheeled personal mobility, transportation device; Non-motorized push scooters; Push scooters; Push scooters and structural parts therefor; Self-balancing two-wheeled electric scooters; Self-balancing unicycles; Wheels for scooters

FIRST USE 9-27-2016; IN COMMERCE 9-27-2016

The mark consists of the stylized words "Two dots". On the first line is the word "Two" with two dots above the letter "o". Below the first line is the word "dots". The "T" in "Two" and "d" in "dots" is connected to form one fluid line.

SER. NO. 88-448,601, FILED 05-28-2019



*Director of the United States Patent and Trademark Office*

