# EXHIBIT   III




