# EXHIBIT V



     

Try Prime | Sports & Outdoors | EN | Hello, Sign in Account & Lists | Orders | Try Prime | 0 Cart

Deliver to Houston 77042 | 12 Days of Deals | Best Sellers | Find a Gift | Customer Service

Cowboys vs Bears Live now

**Sports & Outdoors** | Sports & Fitness | Outdoor Recreation | Sports Fan Shop | Sports Deals | Outdoor Deals

Stay inspired with the Active Gift Guide Shop now ›

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters

Roll over image to zoom in

# FLYING-ANT Hoverboard Self Balancing Scooters 6.5" Flash Two-Wheel Self Balancing Hoverboard with Bluetooth Speaker and LED Lights for Kids and Adults Gift

by FLYING-ANT

1 rating

Was: ~~$169.99~~
Price: $159.99 & **FREE Shipping**
You Save: $10.00 (6%)

Get $60 off instantly: Pay ~~$159.99~~ $99.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **A06-White**

- Excellent flashing wheel design. This new hoverboard model of FLYING-ANT will bring you a fantastic experience.
- Powerful Engine & off road hoverboard is powered by two powerful engines that gives you great power.
- Built-in wireless speaker can be easily connected to portable devices , enjoy your favorite musics without wearing headphones.
- The self-balancing design allows you to easily control by going all terrain
- UL Certified & Best Customer Service All FLYING-ANT hoverboards have passed the strict tests.

New (1) from $159.99 + FREE Shipping

$159.99
& **FREE Shipping**

**Get it as soon as Dec. 11 - 16** when you choose **Standard Shipping** at checkout.

In Stock.

Qty: 1

$159.99 + Free Shipping

Add to Cart

Buy Now

Ships from and sold by Feishazo.

**Add a Protection Plan:**
- 3-Year Protection for $21.99
- 2-Year Protection for $15.99

Deliver to Houston 77042

Add to List

New (1) from
$159.99 + FREE Shipping

Share

Sell on Amazon

Ad feedback

2-in-1 Scooter for Kids with Folding Removable Seat Zero Assembly – Adju...
844
$79.95 prime

Ad feedback

## Frequently bought together

Total price: $218.99

Add both to Cart

Add both to List

One of these items ships sooner than the other. Show details

- ☑ **This item:** FLYING-ANT Hoverboard Self Balancing Scooters 6.5" Flash Two-Wheel Self Balancing Hoverboard with… $159.99
- ☑ HOVER-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart $59.00

## Sponsored products related to this item

| NHT 6.5" Matte Electric Hoverboard Self Balancing Scooter with Built-in Bluetooth S… | Magic hover 6.5" inch T581Hoverboard, All Terrain Off Road Hoverboard,with… | jolege Hoverboard 6.5" Self Balancing Hoverboards for Kids with LED Light - Ul2272 … | CHO POWER SPORTS 2019 Electric Hoverboard UL Certified Hover Board Electric Scooter… | Beston Sports Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover B… | DOC Electr… Self-Balanc… Board with LED Light.. |
|---|---|---|---|---|---|
| 2 | 37 | 11 | 13 | 55 | |
| $99.00 | $229.00 | $99.99 | $99.00 | $99.00 | $105.00 |

Ad feedback

### What other items do customers buy after viewing this item?

 SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with
$109.99 - $120.99

 FLYING-ANT Hoverboard 6.5" Two-Wheel Self Balancing Hoverboard with LED Light Flash Lights
$95.99 - $152.99

 SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with
45
$105.99 - $146.99

 CBD Chrome Hoverboard for Kids, 6.5" Bluetooth Self Balancing Hoverboard, Hoverboard with
$95.99 - $163.99

### Special offers and product promotions
Color: **A06-White**

- **6 Month Financing:** For a limited time, purchase $150 or more using the Amazon.com Store Card and pay no interest if paid in full within 6 months. Interest will be charged to your account from the purchase date if the promotional balance is not paid in full within 6 months. Minimum monthly payments required. Subject to credit approval. Apply now.

### Have a question?
Find answers in product info, Q&As, reviews

Type your question or keyword

### Product description
**Why Should I Buy From FLYING-ANT**
One of FLYING-ANT's competitive advantages is its vertically integrated business model, covering the entire value chain: design, product development, manufacturing, logistics, sales, marketing and distribution.
We're committed to making every experience with our products fun and accessible for all.
Specifics:
Wheels Size: 6.5inch
Lithium Battery: 36V/2.0Ah
Charging Time: 3-5hours
Motor: 300W*2
Riding Range:6-9 Miles
Maximum Speed:7.5MPH
Weight-bearing: 45-260lbs
Net Weight: 9Kg

FLYING-ANT Hoverboard has a professional technical research and development ,production process .the model has a minimum weight requirement of 45lbs, The anti-slip rubber pads will ensure a safe and adequate grip. Unique lights like black holes in space, like bright kaleidoscope, it is fascinating. After sundown, the headlight and Led motor light will light up your road. Two indicator lights help you keep track of hoverboard battery life and errors so that you're never left wondering when it's time to sit back and recharge.

### Product details
Color: **A06-White**

**Shipping Weight:** 17 pounds (View shipping rates and policies)

**ASIN:** B07YS5VP8G

**Batteries** 1 AAA batteries required. (included)

**Average Customer Review:**      1 customer review

Amazon Best Sellers Rank: #2,028 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#27 in Self Balancing Scooters

Product Warranty: For warranty information about this product, please click here

Would you like to tell us about a lower price?

## Videos

**Videos for this product**


0:38
**Customer Review:** The tunnel LED light is so cool!
Tony

Upload your video

## Sponsored products related to this item

    

| SISIGAD Off Road Hover Board, Bluetooth Hoverboard, 8.5 Inch Two-Wheel Self Balanci… | 8.5 inch Warrior G2 Hoverboard Smart Self Balancing Scooter with Music Speaker and … | Beston Sports Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover B… | CHO POWER SPORTS 2019 Electric Hoverboard UL Certified Hover Board Electric Scooter… | NHT Newest Edition Electric Hoverboard Self Balancing Scooter with Built-in Bluetoo… | TOMOLOO with LED L Wheel Sel Scooter wi |
| 29 | 42 | 55 | 13 | 136 | |
| $209.99 | $299.00 | $99.00 | $99.00 | $105.00 | $199.99 |

Ad feedback

Ad feedback

## Customer Questions & Answers

See questions and answers

2019/12/5 Amazon.com: FLYING-ANT Hoverboard Off Road All Terrain Self Balancing Scooters 6.5" Flash Two Wheel Self Balancing Hoverbo…

Case: 1:20-cv-00247 Document #: 4-7 Filed: 01/14/20 Page 5 of 16 PageID #:185

## Customer reviews

**5 out of 5**

1 customer rating

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

**1 customer review**

Top Reviews

**Tony**

**The tunnel LED light is so cool!**
November 21, 2019
Color: A06-White    Verified Purchase    Early Reviewer Rewards (What's this?)

Personally, I would say this hoverboard is very cool and very fun to play with. The battery life is satisfactory: with 1 2-hour charge it can deliver approx. 30 minutes of joy. It is easy to control and handle—Just simply leaning yourself forward or backward to move, or you can have a little fun spinning on it by tilting yourself. The best feature I love about this hoverboard is definitely the wheels, I mean, how cool is that! The cool lighting effect from the integrated LEDs make it looks like a spatio-temporal tunnel, just like the one you see from the SI-FI or Cyber-Punk Movies. The

Read more

Helpful    Comment    Report abuse

Ad feedback

See all 1 customer reviews

Write a customer review

## Customers who viewed this item also viewed







**SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with Bluetooth Speaker…**
#1 Best Seller in Self Balancing Scooters
$109.99 - $120.99

**FLYING-ANT Hoverboard 6.5" Two-Wheel Self Balancing Hoverboard with LED Light Flash Lights Wheels for Kids…**
$95.99 - $152.99

**CBD Chrome Hoverboard for Kids, 6.5" Bluetooth Self Balancing Hoverboard, Hoverboard with Bluetooth and LED…**
$95.99 - $163.99

**SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with Bluetooth Speaker…**
$108.88 - $163.99

**XPRIT Hoverboard w/Bluetooth Speaker 268**
$119.93 - $159.99

Ad feedback

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| Blog | Sell Under Amazon Accelerator | Amazon.com Store Card | Your Orders |
| About Amazon | Sell on Amazon Handmade | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Sell Your Services on Amazon | Amazon.com Corporate Credit Line | Amazon Prime |
| Investor Relations | Sell on Amazon Business | Shop with Points | Returns & Replacements |
| Amazon Devices | Sell Your Apps on Amazon | Credit Card Marketplace | Manage Your Content and Devices |
| Amazon Tours | | Reload Your Balance | Amazon Assistant |

2019/12/5 Amazon.com: FLYING ANT Hoverboard Off Road All Terrain Self Balancing Scooters 6.5" Flash Two Wheel Self Balancing Hoverbo…

Case: 1:20-cv-00247 Document #: 4-7 Filed: 01/14/20 Page 6 of 16 PageID #:186

| | | | | | | |
|---|---|---|---|---|---|---|
| | Become an Affiliate | | Amazon Currency Converter | | Help | |
| | Advertise Your Products | | | | | |
| | Self-Publish with Us | | | | | |
| | › See More | | | | | |

<div style="text-align:center">English    United States</div>

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Handpicked Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **CreateSpace** Indie Print Publishing Made Easy | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion |
| **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items | **Amazon Photos** Unlimited Photo Storage Free With Prime |
| **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems |
| **eero WiFi** Stream 4K Video in Every Room | **Neighbors App** Real-Time Crime & Safety Alerts | **Subscribe with Amazon** Discover & try subscription services | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2019, Amazon.com, Inc. or its affiliates



Try Prime | Sports & Outdoors | EN | Hello, Sign in Account & Lists | Orders | Try Prime | 0 Cart

Deliver to Houston 77025 | 12 Days of Deals | Best Sellers | Find a Gift | Shop 12 Days of Deals

Sports & Outdoors | Sports & Fitness | Outdoor Recreation | Sports Fan Shop | Sports Deals | Outdoor Deals

Stay inspired with the Active Gift Guide Shop now ›

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters

Roll over image to zoom in

# SISIGAD Hoverboard, 6.5" Two-Wheel Self Balancing Hoverboard w/Bluetooth Speaker - Flashing Tunnel Series

by SISIGAD

2 ratings

Price: $169.99 & **FREE Shipping**. Details

Get $60 off instantly: Pay ~~$169.99~~ $109.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **TUNNEL - Spray White**

$169.99 | $169.99 | $169.99
$169.99 | $105.55 | $105.55

- ▶▶FANTASTIC DESIGN - Flashing motor light and the magic mirror made the wheel looks like a beautiful kaleidoscope, ride it now and enjoy the feeling of being in a time and space tunnel!
- ▶▶TOP SELECTION - To ensure your safety, all SISIGAD hoverboards have pasted UL2272 safety and electric test with our patented multi-layered protection. Any issue just feel free to contact us.
- ▶▶UNIQUE BLUETOOTH - Built-in wireless speaker can be easily connected to portable devices, just listen to your favorite music without wearing headphones. (Attention: Some models do not come with bluetooth)
- ▶▶SELF BALANCING CONTROL SYSTEM - Full of technology and easy to learn. 36V/2.0Ah Li-ion batteries, dual 300 watt hub motors, quick charging and longer using time.
- ▶▶PERFECT GIFT - Specially designed for beginners, amateurs, office workers, dog and cat walkers, free your feet - new way for transportation! So have fun with your family and friends!

New (1) from $169.99 + FREE Shipping

Ad feedback

$169.99

& **FREE Shipping**. Details

**Get it as soon as Wednesday, Dec. 11 - Thursday, Dec. 12** if you choose **Standard Shipping** at checkout. Details

In Stock.

Qty: 1

Add to Cart

Buy Now

Sold by lemongreen and Fulfilled by Amazon.

**Add a Protection Plan:**

- 3-Year Protection for $21.99
- 2-Year Protection for $15.99

Add gift options

Deliver to Houston 77025

Add to List

New (1) from
$169.99 + FREE Shipping

Share

Have one to sell? Sell on Amazon

**Scooter for Kids with Folding Seat – New 2-in-1 Adjustable 3 Wheel Kick Sc...**
783
$69.95 ✓prime
Ad feedback

## Sponsored products related to this item

2019/12/5 Amazon.com: SISIGAD Hoverboard 6.5" Two-Wheel Self Balancing Hoverboard w/Bluetooth Speaker Flashing Tunnel Series: Sp…

Case: 1:20-cv-00247 Document #: 4-7 Filed: 01/14/20 Page 8 of 16 PageID #:138






| FLYING-ANT Hoverboards UL Certified 6.5 Smart Scooter Two-Wheel self Balancing Elec… | Felimoda Hoverboard, w/Bluetooth Speaker for Kid and Adult- UL2272 Certified (Blue) | TST 6.5" Self-Balancing Electric Scooters, 2 Wheels Self Balancing Hoverboard, with… | Felimoda 6.5" H for Kids and Ad Wheel Self-Bala Scooter- UL227 |
|---|---|---|---|
| 56 | 10 | | 1 |
| $111.99 | $95.99 | $98.99 | $150.99 |

Ad feedback

**What other items do customers buy after viewing this item?**


SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with
$95.99 - $120.99


SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with
$108.88 - $163.99


SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with
45
$105.99 - $146.99


SISIGAD Hoverboard, Self Balancing Hoverboard, 6.5" Two-Wheel Self Balancing Scooter, Smart
10
$95.99 - $109.99

**Customers who viewed this item also viewed**





| SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with Bluetooth Speaker and… | SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with Bluetooth Speaker and… | SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with… | UNI-SUN Hoverboard for Kids, Self Balancing Scooter 6.5" Two-Wheel Self Balancing… | SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with Bluetooth Speaker and… |
|---|---|---|---|---|
| $108.88 - $163.99 | #1 Best Seller in Self Balancing Scooters $95.99 - $120.99 | 45 $105.99 - $146.99 | 18 $122.99 - $150.99 | $105.55 - $163.99 |

**Special offers and product promotions**

Color: **TUNNEL - Spray White**

- **6 Month Financing:** For a limited time, purchase $150 or more using the Amazon.com Store Card and pay no interest if paid in full within 6 months. Interest will be charged to your account from the purchase date if the promotional balance is not paid in full within 6 months. Minimum monthly payments required. Subject to credit approval. Apply now.

**Have a question?**

Find answers in product info, Q&As, reviews

Type your question or keyword

**Product description**

NEW RELEASES: Flashing Tunnel Series - Flashing motor light and the magic mirror made the wheel looks like a beautiful kaleidoscope, ride it now and enjoy the feeling of being in a time tunnel!

PERFECT GIFT - New happier way for transportation, just have fun and exercise with your family and friends.

Specification:

Motor: 300 Watt Dual Motors
Battery Type: Lithium high-rate 5C battery
Battery Voltage/Capacity: 36V/2.0Ah
Charging Time: 3-5 Hours
Using Time: 30-60 Minutes
Ultra Speed: Up to 6 Miles per hour
Riding Range: 6-9 Miles
Maximum Weight-bearing: 260 lb
Minimum Weight-bearing: 44lb
Max Climbing Angle: 15 Degree
Wheel size: 6.5" Tire
Net Weight: 22 lb/ 10 Kg

Package Contains:

1 x Two-Wheels Hoverboard
1 x Power Supply Charger
1 x Manual

NOTES:
▶DO NOT swerve at high speed.
▶DO NOT start or stop operation on a slope, as to avoid damaging the self-balacning system or causing function errors.
▶DO NOT operate the hoverboard when the "BATTERY LOW" indicator on.

**HOW TO RESET**
If you have any issues with your hoverboard, please try to reset the item. Here are the instructions:
1.Turn off your hoverboard.
2.Place your hoverboard on the ground, make sure your hoverboard is not tilting in any direction and calibrate balance in a horizontal level.
3.Hold down the power button for at least 20 seconds.
4.Power off the hoverboard and turn it back on.
5.Please try resetting your hoverboard again if the first attempt did not solve the issue.

## Product details

Color: **TUNNEL - Spray White**

**Shipping Weight:** 17.6 pounds (View shipping rates and policies)

**ASIN:** B07YDTNLST

**Average Customer Review:**  2 customer reviews

**Amazon Best Sellers Rank:** #46,233 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#126 in Self Balancing Scooters

**Product Warranty:** For warranty information about this product, please click here

Would you like to **tell us about a lower price**?

## Related video shorts (0)  Upload your video



**Be the first video**
Your name here

## Sponsored products related to this item







| | | | | |
|---|---|---|---|---|
| TST 6.5" Self-Balancing Electric Scooters, 2 Wheels Self Balancing Hoverboard, with... | Felimoda 6.5 Inch Self Balancing Scooter Hoverboard UL2272 Certified Dual Motors w/... | Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and... | TOMOLOO Hoverboard with LED Lights Two-Wheel Self Balancing Scooter with UL2272 Cer... | Felimoda 6.5 Inch Self Balancing Hoverboards Scooter Two Wheel Balance Board with L... |
| | 5 | 264 | 1,015 | 76 |
| $98.99 | $150.99 | $299.00 | $199.99 | $119.99 |

Ad feedback

Ad feedback

## Customer Questions & Answers

See questions and answers

## Customer reviews

4.5 out of 5

2 customer ratings

| | | |
|---|---|---|
| 5 star | | 49% |
| 4 star | | 51% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

**2 customer reviews**

Top Reviews

 Ruth M

★ **Granddaughter LOVES it**

September 20, 2019

Color: UL2272 Certified - Gold      **Verified Purchase**      **Early Reviewer Rewards** (What's this?)

We got this for my granddaughter on her 6th birthday. She is thrilled with her "golden" hoverboard. She hops right on and goes all over!

One person found this helpful

Helpful      Comment      Report abuse

 Riggs

★ **Quality of product**

October 25, 2019

Color: UL2272 Certified - Gold      **Verified Purchase**      **Early Reviewer Rewards** (What's this?)

Love it..got it for my sons birthday...just be careful with charging port..

2 people found this helpful

Helpful · Comment · Report abuse

See all 2 customer reviews

Write a customer review

Ad feedback

## Customers who bought this item also bought


SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with Bluetooth Speaker and…
$105.55 - $163.99


SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with…
45
$105.99 - $146.99


SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with Bluetooth Speaker and…
#1 Best Seller in Self Balancing Scooters
$95.99 - $120.99

Ad feedback

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| Blog | Sell Under Amazon Accelerator | Amazon.com Store Card | Your Orders |
| About Amazon | Sell on Amazon Handmade | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Sell Your Services on Amazon | Amazon.com Corporate Credit Line | Amazon Prime |
| Investor Relations | Sell on Amazon Business | Shop with Points | Returns & Replacements |
| Amazon Devices | Sell Your Apps on Amazon | Credit Card Marketplace | Manage Your Content and Devices |
| Amazon Tours | Become an Affiliate | Reload Your Balance | Amazon Assistant |
|  | Advertise Your Products | Amazon Currency Converter | Help |
|  | Self-Publish with Us |  |  |
|  | › See More |  |  |

English · United States

Amazon Music · Amazon · Amazon Drive · 6pm · AbeBooks · ACX · Alexa

2019/12/5 Amazon.com: SISIGAD Hoverboard, 6.5" Two-Wheel Self Balancing Hoverboard with Bluetooth Speaker, Flashing Turnel Series: Sp…

Case: 1:20-cv-00247 Document #: 4-7 Filed: 01/14/20 Page 12 of 16 PageID #:142

| Stream millions of songs | Advertising Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |
|---|---|---|---|---|---|---|
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Handpicked Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go | Amazon Web Services Scalable Cloud Computing Services |
| Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | CreateSpace Indie Print Publishing Made Easy | DPReview Digital Photography | East Dane Designer Men's Fashion |
| Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital Publishing Made Easy | Prime Now FREE 2-hour Delivery on Everyday Items | Amazon Photos Unlimited Photo Storage Free With Prime |
| Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems |
| eero WiFi Stream 4K Video in Every Room | Neighbors App Real-Time Crime & Safety Alerts | Subscribe with Amazon Discover & try subscription services | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2019, Amazon.com, Inc. or its affiliates





Try Prime | Sports & Outdoors | EN | Hello, Sign in Account & Lists | Orders | Try Prime | 0 Cart

Deliver to Houston 77042 | 12 Days of Deals | Best Sellers | Find a Gift | Customer Service | Cowboys vs Bears Live now

**Sports & Outdoors** | Sports & Fitness | Outdoor Recreation | Sports Fan Shop | Sports Deals | Outdoor Deals

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters

Roll over image to zoom in

# Benedi Hoverboard with Bluetooth Speaker Flash Wheel Electric Self Balancing Scooter 6.5inch with UL2272 Certified for Kids and Adults

by Benedi

Price: $159.99 & **FREE Shipping**

Get $60 off instantly: Pay ~~$159.99~~ $99.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Bluetooth - Blue**

$159.99 | $159.99 | $159.99

- SAFETY CERTIFIED:Our hoverboard was strictly tested through the production phase to give your perfect protection.
- LED TUNNEL LIGHTS: The LED lights would make you feel like riding in space. The flashing wheels make everyone can't resist it and will love it more.
- BLUETOOTH LINK:High quality bluetooth music speaker will bring you a fantastic experience while you ride.
- SOLID RUBBER TIRE:6.5 Inch hoverboard rubber tires with powerful engines that gives you great powerdeliver increased durability and ensure smooth rides.
- FOR ALL RIDERS:Benedi hoverBoard provide every experiencer funny, cool, safety. Best gift for everyone, specially for kids. Please feel free contact us with any issues

New (1) from $159.99 + FREE Shipping

$159.99
& **FREE Shipping**

**Get it as soon as Dec. 12 - 17** when you choose **Expedited Shipping** at checkout.

In stock.

Qty: 1

$159.99 + Free Shipping

Add to Cart

Buy Now

Ships from and sold by JIANGKUN.

**Add a Protection Plan:**

- 3-Year Protection for $21.99
- 2-Year Protection for $15.99

Deliver to Houston 77042

Add to List

New (1) from
$159.99 + FREE Shipping

Sell on Amazon

Ad feedback

## Sponsored products related to this item

CHO POWER SPORTS 2019 Electric Hoverboard UL Certified Hover Board Electric Scooter...
13
$99.00

DOC Electric Hoverboard Self-Balancing Hoover Board with Built in Speaker LED Light...
10
$105.00

NHT Hoverboard Electric Self Balancing Scooter Hover Board with Build in Hover Boar...
3
$99.00

Beston Sports Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover B...
55
$99.00

Ad feedback

Scooter for Kids with Folding Seat – New 2-in-1 Adjustable 3 Wheel Kick Sc...
783
$69.95 prime

Ad feedback

## Customers who viewed this item also viewed

**Special offers and product promotions**

Color: **Bluetooth - Blue**

- **Your cost could be $99.99 instead of $159.99**! Get a **$60 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

**Have a question?**
Find answers in product info, Q&As, reviews

Type your question or keyword

**Product details**

Color: **Bluetooth - Blue**

**Shipping Information:** View shipping rates and policies
**ASIN:** B07ZHWJSGR
**Average Customer Review:** Be the first to review this item
**Amazon Best Sellers Rank:** #940,031 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#715 in Self Balancing Scooters
**Product Warranty:** For warranty information about this product, please click here

Would you like to **tell us about a lower price**?

**Related video shorts (0)** Upload your video



Be the first video
Your name here

**Sponsored products related to this item**

     

| TOMOLOO Hoverboard with Speaker and Colorful LED Lights Self-Balancing Scooter UL22... | Beston Sports Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover B... | NHT Hoverboard Electric Self Balancing Scooter Hover Board with Build in Hover Boar... | CHO POWER SPORTS 2019 Electric Hoverboard UL Certified Hover Board Electric Scooter... | NHT Newest Edition Electric Hoverboard Self Balancing Scooter with Built-in Bluetoo... | VEVELINE UL2272 Ce Self Balanc with Color |
|---|---|---|---|---|---|
| 1,015 | 55 | 3 | 13 | 136 | |
| $199.99 | $99.00 | $99.00 | $99.00 | $99.00 | $150.99 |

Ad feedback

52

Add to Cart

Ad feedback

**Customer Questions & Answers**

See questions and answers

2019/12/5 Amazon.com: Benedi Hoverboard with Bluetooth Speaker Flash Wheel Electric Self Balancing Scooter 6.5 inch with UL2272 Certifie…

Case: 1:20-cv-00247 Document #: 4-7 Filed: 01/14/20 Page 15 of 16 PageID #:145

## No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

[Ad feedback]

[Ad feedback]

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| Blog | Sell Under Amazon Accelerator | Amazon.com Store Card | Your Orders |
| About Amazon | Sell on Amazon Handmade | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Sell Your Services on Amazon | Amazon.com Corporate Credit Line | Amazon Prime |
| Investor Relations | Sell on Amazon Business | Shop with Points | Returns & Replacements |
| Amazon Devices | Sell Your Apps on Amazon | Credit Card Marketplace | Manage Your Content and Devices |
| Amazon Tours | Become an Affiliate | Reload Your Balance | Amazon Assistant |
| | Advertise Your Products | Amazon Currency Converter | Help |
| | Self-Publish with Us | | |
| | › See More | | |

2019/12/5 Amazon.com: Benedi Hoverboard with Bluetooth Speaker Flash Wheel Electric Self Balancing Scooter 6.5inch with UL2272 Certifie…

Case: 1:20-cv-00247 Document #: 4-7 Filed: 01/14/20 Page 16 of 16 PageID #:146

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Handpicked Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **CreateSpace** Indie Print Publishing Made Easy | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion |
| **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items | **Amazon Photos** Unlimited Photo Storage Free With Prime |
| **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems |
| **eero WiFi** Stream 4K Video in Every Room | **Neighbors App** Real-Time Crime & Safety Alerts | **Subscribe with Amazon** Discover & try subscription services | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2019, Amazon.com, Inc. or its affiliates