# EXHIBIT VI



## Details for Order #113-3369049-7660234
### Print this page for your records.

**Order Placed:** December 5, 2019
**Amazon.com order number:** 113-3369049-7660234
**Order Total: $173.19**

## Not Yet Shipped

| **Items Ordered** | **Price** |
|---|---|
| 1 of: *FLYING-ANT Hoverboard Off Road All Terrain Self Balancing Scooters 6.5" Flash Two-Wheel Self Balancing Hoverboard with Bluetooth Speaker and LED Lights for Kids and Adults Gift*<br>Sold by: Feishazo (seller profile) | $159.99 |

Condition: New

**Shipping Address:**
Haoyi Chen
2500 WILCREST DR SUITE 301
HOUSTON, TX 77042-2752
United States

**Shipping Speed:**
Expedited Shipping

## Payment information

**Payment Method:**
Amazon.com Visa Signature
| Last digits: 4157

**Billing address:**
Diego Freire
490 Kent Rd.
Riverside, IL 60546
United States

Item(s) Subtotal: $159.99
Shipping & Handling: $0.00
-----
Total before tax: $159.99
Estimated tax to be collected: $13.20
-----
**Grand Total: $173.19**

To view the status of your order, return to **Order Summary**.

Conditions of Use | Privacy Notice © 1996-2019, Amazon.com, Inc. or its affiliates



# Details for Order #113-3835379-6478613
[Print this page for your records.](#)

**Order Placed:** December 5, 2019
**Amazon.com order number:** 113-3835379-6478613
**Order Total: $458.13**

## Not Yet Shipped

| **Items Ordered** | **Price** |
|---|---|
| 1 of: *SISIGAD Hoverboard, 6.5" Two-Wheel Self Balancing Hoverboard w/Bluetooth Speaker - Flashing Tunnel Series*<br>Sold by: lemongreen ([seller profile](#))<br><br>Condition: New | $169.99 |
| 1 of: *Magic hover 6.5" inch All Terrain Off Road T581 Hoverboard,with Bluetooth Speaker and App-Enabled, Smart Self Balancing Scooter and LED Lights Two-Wheel with UL2272 Certified for Kids and Adults*<br>Sold by: Magic Hover ([seller profile](#))<br><br>Condition: New | $229.00 |

**Shipping Address:**
Haoyi Chen
2500 WILCREST DR SUITE 301
HOUSTON, TX 77042-2752
United States

**Shipping Speed:**
Standard Shipping

## Payment information

**Payment Method:**
Amazon.com Visa Signature
| Last digits: 4157

**Billing address**
Diego Freire
490 Kent Rd.
Riverside, IL 60546
United States

Item(s) Subtotal: $398.99
Shipping & Handling: $24.23
-----
Total before tax: $423.22
Estimated tax to be collected: $34.91
-----
**Grand Total: $458.13**

To view the status of your order, return to [Order Summary](#).

[Conditions of Use](#) | [Privacy Notice](#) © 1996-2019, Amazon.com, Inc. or its affiliates



# Details for Order #113-0458268-7409003
Print this page for your records.

**Order Placed:** December 5, 2019
**Amazon.com order number:** 113-0458268-7409003
**Order Total: $173.19**

## Not Yet Shipped

| Items Ordered | Price |
|---|---|
| 1 of: *Benedi Hoverboard with Bluetooth Speaker Flash Wheel Electric Self Balancing Scooter 6.5inch with UL2272 Certified for Kids and Adults*<br>Sold by: JIANGKUN (seller profile) | $159.99 |

Condition: New

**Shipping Address:**
Haoyi Chen
2500 WILCREST DR SUITE 301
HOUSTON, TX 77042-2752
United States

**Shipping Speed:**
Expedited Shipping

## Payment information

**Payment Method:**
Amazon.com Visa Signature | Last digits: 4157

**Billing address**
Diego Freire
490 Kent Rd.
Riverside, IL 60546
United States

Item(s) Subtotal: $159.99
Shipping & Handling: $0.00
-----
Total before tax: $159.99
Estimated tax to be collected: $13.20
-----
**Grand Total: $173.19**

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2019, Amazon.com, Inc. or its affiliates