# EXHIBIT   VII





