# EXHIBIT I



Cowboys vs Bears Live now

Stay inspired with the Active Gift Guide Shop now ›

Roll over image to zoom in

# FLYING-ANT Hoverboard Self Balancing Scooters 6.5" Flash Two-Wheel Self Balancing Hoverboard with Bluetooth Speaker and LED Lights for Kids and Adults Gift

by FLYING-ANT

1 rating

Was: ~~$169.99~~
Price: $159.99 & **FREE Shipping**
You Save: $10.00 (6%)

Get $60 off instantly: Pay ~~$159.99~~ $99.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **A06-White**

- Excellent flashing wheel design. This new hoverboard model of FLYING-ANT will bring you a fantastic experience.
- Powerful Engine & off road hoverboard is powered by two powerful engines that gives you great power.
- Built-in wireless speaker can be easily connected to portable devices , enjoy your favorite musics without wearing headphones.
- The self-balancing design allows you to easily control by going all terrain
- UL Certified & Best Customer Service All FLYING-ANT hoverboards have passed the strict tests.

New (1) from $159.99 + FREE Shipping

$159.99
& **FREE Shipping**

**Get it as soon as Dec. 11 - 16** when you choose **Standard Shipping** at checkout.

In Stock.

Qty: 1

$159.99 + Free Shipping

Add to Cart

Buy Now

Ships from and sold by Feishazo.

**Add a Protection Plan:**

- 3-Year Protection for $21.99
- 2-Year Protection for $15.99

Deliver to Houston 77042

Add to List

New (1) from
$159.99 + FREE Shipping

Share

Sell on Amazon

Ad feedback

2-in-1 Scooter for Kids with Folding Removable Seat Zero Assembly – Adju...
844
$79.95 prime

Ad feedback

## Frequently bought together

+

Total price: $218.99

Add both to Cart

Add both to List

One of these items ships sooner than the other. Show details

- [x] **This item:** FLYING-ANT Hoverboard Self Balancing Scooters 6.5" Flash Two-Wheel Self Balancing Hoverboard with… $159.99
- [x] HOVER-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart $59.00

## Sponsored products related to this item

2019/12/5 Amazon.com: FLYING-ANT Hoverboard 6.5" All Terrain Self Balancing Scooters 3 Flash Two Wheel Self Balancing Hoverbo…

Case 1:20-cv-00247 Document #: 4-1 1 Filed: 01/14/20 Page 3 of 6 PageID #:162








| NHT 6.5" Matte Electric Hoverboard Self Balancing Scooter with Built-in Bluetooth S… | Magic hover 6.5" inch T581Hoverboard, All Terrain Off Road Hoverboard,with… | jolege Hoverboard 6.5" Self Balancing Hoverboards for Kids with LED Light - Ul2272 … | CHO POWER SPORTS 2019 Electric Hoverboard UL Certified Hover Board Electric Scooter… | Beston Sports Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover B… | DOC Electri… Self-Balan… Board with LED Light.. |
|---|---|---|---|---|---|
| 2 | 37 | 11 | 13 | 55 | |
| $99.00 | $229.00 | $99.99 | $99.00 | $99.00 | $105.00 |

Ad feedback

### What other items do customers buy after viewing this item?


SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with
$109.99 - $120.99


FLYING-ANT Hoverboard 6.5" Two-Wheel Self Balancing Hoverboard with LED Light Flash Lights
$95.99 - $152.99


SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with
45
$105.99 - $146.99


CBD Chrome Hoverboard for Kids, 6.5" Bluetooth Self Balancing Hoverboard, Hoverboard with
$95.99 - $163.99

### Special offers and product promotions
Color: **A06-White**

- **6 Month Financing:** For a limited time, purchase $150 or more using the Amazon.com Store Card and pay no interest if paid in full within 6 months. Interest will be charged to your account from the purchase date if the promotional balance is not paid in full within 6 months. Minimum monthly payments required. Subject to credit approval. Apply now.

### Have a question?
Find answers in product info, Q&As, reviews

[Type your question or keyword]

### Product description
Why Should I Buy From FLYING-ANT
One of FLYING-ANT's competitive advantages is its vertically integrated business model, covering the entire value chain: design, product development, manufacturing, logistics, sales, marketing and distribution.
We're committed to making every experience with our products fun and accessible for all.
Specifics:
Wheels Size: 6.5inch
Lithium Battery: 36V/2.0Ah
Charging Time: 3-5hours
Motor: 300W*2
Riding Range:6-9 Miles
Maximum Speed:7.5MPH
Weight-bearing: 45-260lbs
Net Weight: 9Kg

FLYING-ANT Hoverboard has a professional technical research and development ,production process .the model has a minimum weight requirement of 45lbs, The anti-slip rubber pads will ensure a safe and adequate grip. Unique lights like black holes in space, like bright kaleidoscope, it is fascinating. After sundown, the headlight and Led motor light will light up your road. Two indicator lights help you keep track of hoverboard battery life and errors so that you're never left wondering when it's time to sit back and recharge.

### Product details
Color: **A06-White**

  **Shipping Weight:** 17 pounds (View shipping rates and policies)

  **ASIN:** B07YS5VP8G

  **Batteries** 1 AAA batteries required. (included)

  **Average Customer Review:**      1 customer review

Amazon Best Sellers Rank: #2,028 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#27 in Self Balancing Scooters

Product Warranty: For warranty information about this product, please click here

Would you like to tell us about a lower price?

## Videos

**Videos for this product**

0:38
**Customer Review:** The tunnel LED light is so cool!
Tony

Upload your video

## Sponsored products related to this item


**SISIGAD Off Road Hover Board, Bluetooth Hoverboard, 8.5 Inch Two-Wheel Self Balanci...**
29
**$209.99**


**8.5 inch Warrior G2 Hoverboard Smart Self Balancing Scooter with Music Speaker and ...**
42
**$299.00**


**Beston Sports Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover B...**
55
**$99.00**


**CHO POWER SPORTS 2019 Electric Hoverboard UL Certified Hover Board Electric Scooter...**
13
**$99.00**


**NHT Newest Edition Electric Hoverboard Self Balancing Scooter with Built-in Blutoo...**
136
**$105.00**


**TOMOLOO with LED L Wheel Sel Scooter wi...**
**$199.99**

Ad feedback

Ad feedback

## Customer Questions & Answers

See questions and answers

## Customer reviews

**5 out of 5**

1 customer rating

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Ad feedback

**1 customer review**

Top Reviews

Tony

**The tunnel LED light is so cool!**
November 21, 2019
Color: A06-White    Verified Purchase    Early Reviewer Rewards (What's this?)

Personally, I would say this hoverboard is very cool and very fun to play with. The battery life is satisfactory: with 1 2-hour charge it can deliver approx. 30 minutes of joy. It is easy to control and handle—Just simply leaning yourself forward or backward to move, or you can have a little fun spinning on it by tilting yourself. The best feature I love about this hoverboard is definitely the wheels, I mean, how cool is that! The cool lighting effect from the integrated LEDs make it looks like a spatio-temporal tunnel, just like the one you see from the SI-FI or Cyber-Punk Movies. The

Read more

Helpful    Comment    Report abuse

See all 1 customer reviews

Write a customer review

## Customers who viewed this item also viewed

    

| SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with Bluetooth Speaker… | FLYING-ANT Hoverboard 6.5" Two-Wheel Self Balancing Hoverboard with LED Light Flash Lights Wheels for Kids… | CBD Chrome Hoverboard for Kids, 6.5" Bluetooth Self Balancing Hoverboard, Hoverboard with Bluetooth and LED… | SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with Bluetooth Speaker… | XPRIT Hoverboard w/Bluetooth Speaker 268 $119.93 - $159.99 |
| #1 Best Seller in Self Balancing Scooters $109.99 - $120.99 | $95.99 - $152.99 | $95.99 - $163.99 | $108.88 - $163.99 | |

Ad feedback

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| Blog | Sell Under Amazon Accelerator | Amazon.com Store Card | Your Orders |
| About Amazon | | | Shipping Rates & Policies |
| Press Center | Sell on Amazon Handmade | Amazon Business Card | Amazon Prime |
| Investor Relations | Sell Your Services on Amazon | Amazon.com Corporate Credit Line | Returns & Replacements |
| Amazon Devices | | Shop with Points | |
| Amazon Tours | Sell on Amazon Business | Credit Card Marketplace | Manage Your Content and Devices |
| | Sell Your Apps on Amazon | Reload Your Balance | Amazon Assistant |

2019/12/5 Amazon.com: FLYING-ANT Hoverboard Off Road All Terrain Self Balancing Scooters 6.5" Flash Two-Wheel Self Balancing Hoverbo…

Case: 1:20-cv-00247 Document #: 4-1 Filed: 01/14/20 Page 6 of 6 PageID #:165

| | | | | | | |
|---|---|---|---|---|---|---|
| | Become an Affiliate | | Amazon Currency Converter | | Help | |
| | Advertise Your Products | | | | | |
| | Self-Publish with Us | | | | | |
| | › See More | | | | | |

English United States

| Amazon Music | Amazon Advertising | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
|---|---|---|---|---|---|---|
| Stream millions of songs | Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Rapids | Amazon Web Services |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Handpicked Pros Happiness Guarantee | Sell your original Digital Educational Resources | Fun stories for kids on the go | Scalable Cloud Computing Services |
| Audible | Book Depository | Box Office Mojo | ComiXology | CreateSpace | DPReview | East Dane |
| Listen to Books & Original Audio Performances | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Indie Print Publishing Made Easy | Digital Photography | Designer Men's Fashion |
| Fabric | Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Prime Now | Amazon Photos |
| Sewing, Quilting & Knitting | Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital Publishing Made Easy | FREE 2-hour Delivery on Everyday Items | Unlimited Photo Storage Free With Prime |
| Prime Video Direct | Shopbop | Amazon Warehouse | Whole Foods Market | Woot! | Zappos | Ring |
| Video Distribution Made Easy | Designer Fashion Brands | Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems |
| eero WiFi | Neighbors App | Subscribe with Amazon | PillPack | Amazon Renewed | Amazon Second Chance | |
| Stream 4K Video in Every Room | Real-Time Crime & Safety Alerts | Discover & try subscription services | Pharmacy Simplified | Like-new products you can trust | Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2019, Amazon.com, Inc. or its affiliates