# EXHIBIT II



   

Try Prime | Sports & Outdoors | EN | Hello, Sign in Account & Lists | Orders | Try Prime | 0 Cart

Deliver to Houston 77025 | 12 Days of Deals | Best Sellers | Find a Gift | Shop 12 Days of Deals

**Sports & Outdoors** | Sports & Fitness | Outdoor Recreation | Sports Fan Shop | Sports Deals | Outdoor Deals

Stay inspired with the Active Gift Guide Shop now ›

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters

Roll over image to zoom in

# SISIGAD Hoverboard, 6.5" Two-Wheel Self Balancing Hoverboard w/Bluetooth Speaker - Flashing Tunnel Series

by SISIGAD

2 ratings

Price: $169.99 & **FREE Shipping**. Details

Get $60 off instantly: Pay ~~$169.99~~ $109.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **TUNNEL - Spray White**

$169.99 | $169.99 | $169.99
$169.99 | $105.55 | $105.55

- ▶▶FANTASTIC DESIGN - Flashing motor light and the magic mirror made the wheel looks like a beautiful kaleidoscope, ride it now and enjoy the feeling of being in a time and space tunnel!
- ▶▶TOP SELECTION - To ensure your safety, all SISIGAD hoverboards have pasted UL2272 safety and electric test with our patented multi-layered protection. Any issue just feel free to contact us.
- ▶▶UNIQUE BLUETOOTH - Built-in wireless speaker can be easily connected to portable devices, just listen to your favorite music without wearing headphones. (Attention: Some models do not come with bluetooth)
- ▶▶SELF BALANCING CONTROL SYSTEM - Full of technology and easy to learn. 36V/2.0Ah Li-ion batteries, dual 300 watt hub motors, quick charging and longer using time.
- ▶▶PERFECT GIFT - Specially designed for beginners, amateurs, office workers, dog and cat walkers, free your feet - new way for transportation! So have fun with your family and friends!

New (1) from $169.99 + FREE Shipping

$169.99

& **FREE Shipping**. Details

**Get it as soon as Wednesday, Dec. 11 - Thursday, Dec. 12** if you choose **Standard Shipping** at checkout. Details

In Stock.

Qty: 1

Add to Cart

Buy Now

Sold by lemongreen and Fulfilled by Amazon.

**Add a Protection Plan:**

- 3-Year Protection for $21.99
- 2-Year Protection for $15.99

Add gift options

Deliver to Houston 77025

Add to List

New (1) from
$169.99 + FREE Shipping

Share

Have one to sell? Sell on Amazon

Ad feedback

Scooter for Kids with Folding Seat – New 2-in-1 Adjustable 3 Wheel Kick Sc...
783
$69.95 prime

Ad feedback

## Sponsored products related to this item

| FLYING-ANT Hoverboards UL Certified 6.5 Smart Scooter Two-Wheel self Balancing Elec... | Felimoda Hoverboard, w/Bluetooth Speaker for Kid and Adult- UL2272 Certified (Blue) | TST 6.5" Self-Balancing Electric Scooters, 2 Wheels Self Balancing Hoverboard, with... | Felimoda 6.5" H for Kids and Ad Wheel Self-Bala Scooter- UL227 |
|---|---|---|---|
| 56 | 10 | | 1 |
| $111.99 | $95.99 | $98.99 | $150.99 |

Ad feedback

### What other items do customers buy after viewing this item?

 SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with
$95.99 - $120.99

 SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with
$108.88 - $163.99

 SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with
45
$105.99 - $146.99

 SISIGAD Hoverboard, Self Balancing Hoverboard, 6.5" Two-Wheel Self Balancing Scooter, Smart
10
$95.99 - $109.99

### Customers who viewed this item also viewed

   

| SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with Bluetooth Speaker and… | SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with Bluetooth Speaker and… | SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with… | UNI-SUN Hoverboard for Kids, Self Balancing Scooter 6.5" Two-Wheel Self Balancing… | SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with Bluetooth Speaker and… |
|---|---|---|---|---|
| $108.88 - $163.99 | #1 Best Seller in Self Balancing Scooters $95.99 - $120.99 | 45 $105.99 - $146.99 | 18 $122.99 - $150.99 | $105.55 - $163.99 |

### Special offers and product promotions

Color: **TUNNEL - Spray White**

- **6 Month Financing:** For a limited time, purchase $150 or more using the Amazon.com Store Card and pay no interest if paid in full within 6 months. Interest will be charged to your account from the purchase date if the promotional balance is not paid in full within 6 months. Minimum monthly payments required. Subject to credit approval. Apply now.

### Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

### Product description

NEW RELEASES: Flashing Tunnel Series - Flashing motor light and the magic mirror made the wheel looks like a beautiful kaleidoscope, ride it now and enjoy the feeling of being in a time tunnel!

PERFECT GIFT - New happier way for transportation, just have fun and exercise with your family and friends.

Specification:

Motor: 300 Watt Dual Motors
Battery Type: Lithium high-rate 5C battery
Battery Voltage/Capacity: 36V/2.0Ah
Charging Time: 3-5 Hours
Using Time: 30-60 Minutes
Ultra Speed: Up to 6 Miles per hour
Riding Range: 6-9 Miles
Maximum Weight-bearing: 260 lb
Minimum Weight-bearing: 44lb
Max Climbing Angle: 15 Degree
Wheel size: 6.5" Tire
Net Weight: 22 lb/ 10 Kg

Package Contains:

1 x Two-Wheels Hoverboard
1 x Power Supply Charger
1 x Manual

NOTES:
▶DO NOT swerve at high speed.
▶DO NOT start or stop operation on a slope, as to avoid damaging the self-balacning system or causing function errors.
▶DO NOT operate the hoverboard when the "BATTERY LOW" indicator on.

**HOW TO RESET**
If you have any issues with your hoverboard, please try to reset the item. Here are the instructions:
1.Turn off your hoverboard.
2.Place your hoverboard on the ground, make sure your hoverboard is not tilting in any direction and calibrate balance in a horizontal level.
3.Hold down the power button for at least 20 seconds.
4.Power off the hoverboard and turn it back on.
5.Please try resetting your hoverboard again if the first attempt did not solve the issue.

## Product details

Color: **TUNNEL - Spray White**
**Shipping Weight:** 17.6 pounds (View shipping rates and policies)
**ASIN:** B07YDTNLST
**Average Customer Review:** 2 customer reviews
**Amazon Best Sellers Rank:** #46,233 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#126 in Self Balancing Scooters
**Product Warranty:** For warranty information about this product, please click here

Would you like to **tell us about a lower price**?

## Related video shorts (0)   Upload your video



**Be the first video**
Your name here

## Sponsored products related to this item







TST 6.5" Self-Balancing Electric Scooters, 2 Wheels Self Balancing Hoverboard, with…
$98.99

Felimoda 6.5 Inch Self Balancing Scooter Hoverboard UL2272 Certified Dual Motors w/…
5
$150.99

Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and…
264
$299.00

TOMOLOO Hoverboard with LED Lights Two-Wheel Self Balancing Scooter with UL2272 Cer…
1,015
$199.99

Felimoda 6.5 Inch Self Balancing Hoverboards Scooter Two Wheel Balance Board with L…
76
$119.99

Ad feedback

Ad feedback

## Customer Questions & Answers

See questions and answers

---

### Customer reviews

4.5 out of 5

2 customer ratings

| 5 star | 49% |
| 4 star | 51% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

**2 customer reviews**

Top Reviews

 Ruth M

**Granddaughter LOVES it**
September 20, 2019
Color: UL2272 Certified - Gold    **Verified Purchase**    **Early Reviewer Rewards** (What's this?)

We got this for my granddaughter on her 6th birthday. She is thrilled with her "golden" hoverboard. She hops right on and goes all over!

One person found this helpful

Helpful    Comment    Report abuse

 Riggs

**Quality of product**
October 25, 2019
Color: UL2272 Certified - Gold    **Verified Purchase**    **Early Reviewer Rewards** (What's this?)

Love it..got it for my sons birthday...just be careful with charging port..

Case 1:20-cv-00247 Document #: 4-13 Filed: 01/14/20 Page 6 of 7 PageID #:171



2 people found this helpful

Helpful    Comment    Report abuse

See all 2 customer reviews

Write a customer review

Ad feedback

**Customers who bought this item also bought**

  

SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with Bluetooth Speaker and…
$105.55 - $163.99

SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with…
45
$105.99 - $146.99

SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with Bluetooth Speaker and…
#1 Best Seller in Self Balancing Scooters
$95.99 - $120.99

Ad feedback

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| Blog | Sell Under Amazon Accelerator | Amazon.com Store Card | Your Orders |
| About Amazon | Sell on Amazon Handmade | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Sell Your Services on Amazon | Amazon.com Corporate Credit Line | Amazon Prime |
| Investor Relations | Sell on Amazon Business | Shop with Points | Returns & Replacements |
| Amazon Devices | Sell Your Apps on Amazon | Credit Card Marketplace | Manage Your Content and Devices |
| Amazon Tours | Become an Affiliate | Reload Your Balance | Amazon Assistant |
|  | Advertise Your Products | Amazon Currency Converter | Help |
|  | Self-Publish with Us |  |  |
|  | › See More |  |  |

English    United States

Amazon Music    Amazon    Amazon Drive    6pm    AbeBooks    ACX    Alexa

2019/12/5 Amazon.com: SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with Bluetooth Speaker and LED Lights Flashing Wheels Tunnel Series: Sp…

Case: 1:20-cv-00247 Document #: 4-13 Filed: 01/14/20 Page 7 of 7 PageID #:172

| Stream millions of songs | Advertising Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |
|---|---|---|---|---|---|---|
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Handpicked Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go | Amazon Web Services Scalable Cloud Computing Services |
| Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | CreateSpace Indie Print Publishing Made Easy | DPReview Digital Photography | East Dane Designer Men's Fashion |
| Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital Publishing Made Easy | Prime Now FREE 2-hour Delivery on Everyday Items | Amazon Photos Unlimited Photo Storage Free With Prime |
| Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems |
| eero WiFi Stream 4K Video in Every Room | Neighbors App Real-Time Crime & Safety Alerts | Subscribe with Amazon Discover & try subscription services | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2019, Amazon.com, Inc. or its affiliates