# EXHIBIT III



Try Prime
Sports & Outdoors
EN Hello, Sign in Account & Lists Orders Try Prime 0 Cart
Deliver to Houston 77042
12 Days of Deals Best Sellers Find a Gift Customer Service
Cowboys vs Bears Live now
Sports & Outdoors Sports & Fitness Outdoor Recreation Sports Fan Shop Sports Deals Outdoor Deals
PillPack by amazon pharmacy Your medication, delivered Learn more ›

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters

Roll over image to zoom in

# Benedi Hoverboard with Bluetooth Speaker Flash Wheel Electric Self Balancing Scooter 6.5inch with UL2272 Certified for Kids and Adults

by Benedi

Price: $159.99 & **FREE Shipping**

Get $60 off instantly: Pay ~~$159.99~~ $99.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Bluetooth - Blue**

$159.99 | $159.99 | $159.99

- SAFETY CERTIFIED:Our hoverboard was strictly tested through the production phase to give your perfect protection.
- LED TUNNEL LIGHTS: The LED lights would make you feel like riding in space. The flashing wheels make everyone can't resist it and will love it more.
- BLUETOOTH LINK:High quality bluetooth music speaker will bring you a fantastic experience while you ride.
- SOLID RUBBER TIRE:6.5 Inch hoverboard rubber tires with powerful engines that gives you great powerdeliver increased durability and ensure smooth rides.
- FOR ALL RIDERS:Benedi hoverBoard provide every experiencer funny, cool, safety. Best gift for everyone, specially for kids. Please feel free contact us with any issues

New (1) from $159.99 + FREE Shipping

$159.99
& **FREE Shipping**

**Get it as soon as Dec. 12 - 17** when you choose **Expedited Shipping** at checkout.

In stock.

Qty: 1

$159.99 + Free Shipping

Add to Cart

Buy Now

Ships from and sold by JIANGKUN.

**Add a Protection Plan:**
- 3-Year Protection for $21.99
- 2-Year Protection for $15.99

Deliver to Houston 77042

Add to List

New (1) from
$159.99 + FREE Shipping

Sell on Amazon

Ad feedback

## Sponsored products related to this item

CHO POWER SPORTS 2019 Electric Hoverboard UL Certified Hover Board Electric Scooter...
13
$99.00

DOC Electric Hoverboard Self-Balancing Hoover Board with Built in Speaker LED Light...
10
$105.00

NHT Hoverboard Electric Self Balancing Scooter Hover Board with Build in Hover Boar...
3
$99.00

Beston Sports Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover B...
55
$99.00

Ad feedback

Scooter for Kids with Folding Seat – New 2-in-1 Adjustable 3 Wheel Kick Sc...
783
$69.95 prime

Ad feedback

## Customers who viewed this item also viewed

2019/12/5 Amazon.com: Benedi Hoverboard with Bluetooth Speaker Flash Wheel Electric Self Balancing Scooter 6.5inch with UL2272 Certifie…

Case: 1:20-cv-00247 Document #: 4-13 Filed: 01/14/20 Page 3 of 5 PageID #:175



**Special offers and product promotions**

Color: **Bluetooth - Blue**

- **Your cost could be $99.99 instead of $159.99**! Get a **$60 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

**Have a question?**
Find answers in product info, Q&As, reviews

Type your question or keyword

**Product details**

Color: **Bluetooth - Blue**
**Shipping Information:** View shipping rates and policies
**ASIN:** B07ZHWJSGR
**Average Customer Review:** Be the first to review this item
**Amazon Best Sellers Rank:** #940,031 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
    #715 in Self Balancing Scooters
**Product Warranty:** For warranty information about this product, please click here

Would you like to **tell us about a lower price**?

**Related video shorts (0)**  Upload your video



Be the first video
Your name here

**Sponsored products related to this item**



| TOMOLOO Hoverboard with Speaker and Colorful LED Lights Self-Balancing Scooter UL22... | Beston Sports Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover B... | NHT Hoverboard Electric Self Balancing Scooter Hover Board with Build in Hover Boar... | CHO POWER SPORTS 2019 Electric Hoverboard UL Certified Hover Board Electric Scooter... | NHT Newest Edition Electric Hoverboard Self Balancing Scooter with Built-in Bluetoo... | VEVELINE UL2272 Ce Self Balanc with Colorf |
|---|---|---|---|---|---|
| 1,015 | 55 | 3 | 13 | 136 | |
| $199.99 | $99.00 | $99.00 | $99.00 | $99.00 | $150.99 |

Ad feedback

   

52

Add to Cart

Ad feedback

**Customer Questions & Answers**

See questions and answers

2019/12/5 Amazon.com: Benedi Hoverboard with Bluetooth Speaker Flesh Wheel Electric Self Balancing Scooter 6.5 Inch with UL2272 Certifie…

Case: 1:20-cv-00247 Document #: 4-13 Filed: 01/14/20 Page 4 of 5 PageID #:176

## No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Ad feedback

Ad feedback

Back to top

### Get to Know Us
- Careers
- Blog
- About Amazon
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Tours

### Make Money with Us
- Sell on Amazon
- Sell Under Amazon Accelerator
- Sell on Amazon Handmade
- Sell Your Services on Amazon
- Sell on Amazon Business
- Sell Your Apps on Amazon
- Become an Affiliate
- Advertise Your Products
- Self-Publish with Us
- › See More

### Amazon Payment Products
- Amazon Rewards Visa Signature Cards
- Amazon.com Store Card
- Amazon Business Card
- Amazon.com Corporate Credit Line
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Amazon Currency Converter

### Let Us Help You
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Amazon Assistant
- Help

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Handpicked Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **CreateSpace** Indie Print Publishing Made Easy | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion |
| **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items | **Amazon Photos** Unlimited Photo Storage Free With Prime |
| **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems |
| **eero WiFi** Stream 4K Video in Every Room | **Neighbors App** Real-Time Crime & Safety Alerts | **Subscribe with Amazon** Discover & try subscription services | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2019, Amazon.com, Inc. or its affiliates