# EXHIBIT   IV

