**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

| | |
|---|---|
| E-LINK TECHNOLOGY CO., LTD. | |
| Plaintiff, | |
| v. | Case No.: 1:20-cv-00247 |
| SHENZHEN UNI-SUN ELECTRONICS CO., LTD., and Unknown Persons and/or Entities doing business under Amazon Seller IDs "FEISHAZO", "LEMONGREEN", AND "JIANGKUN", | **Hon. John J. Tharp, Jr.** |
| Defendants. | |

<u>**DECLARATION OF MINGSHAO ZHANG, Ph.D**</u>

**I, Mingshao Zhang, Ph.D., declare as follows:**

  1.  My name is Mingshao Zhang I currently act as an assistant professor at Southern Illinois University Edwardsville.  I have a very broad and deep understanding of industrial design.  In my last three years as an assistant professor, I have taught courses on the subject of industrial design at Southern Illinois University Edwardsville.  As such, I am very well versed with complete industrial product design.

2. I have been retained on behalf of E-Link Technology Co, Ltd as a consultant in connection with the above-captioned matter. I have personal knowledge of the facts set forth below or understand them to be true based on information provided to me by attorneys for E-Link Technology Co, Ltd.

3. In formulating the opinions in my Declaration, the facts and data that I reference are the type reasonably relied upon by experts in the field of testing, analysis, and characterization of a wheeled vehicle in forming opinions and inferences upon the subject.

## I. BACKGROUND

4. I have a Bachelor's, Master's, and Doctorate degrees in Mechanical Engineering. Throughout my education, research, and teaching appointments, I have accumulated ten years of experience related to product design and development. In Southern Illinois University Edwardsville, I have taught many product design courses, such as ME 482/484 Mechanical Engineering Design I&II, MRE 480/481 Design in Mechatronics and Robotics I&II and IE 106 Engineering Problem Solving. Those courses all include an extensive amount of materials in product design, development, and CAD.

5. A summary of my education, employment history, awards and honors, publications, and presentations are provided in my CV, a copy which I submit in Appendix B.

## II. SCOPE OF WORK

6. I have been asked to provide my expert opinions on infringement and validity of U.S. Patent No. 10,358,081 (the "'081 Patent"). In connection with this analysis, I reviewed the relevant sections of the patents' prosecution histories, as well as the other materials listed in

Appendix A. I am compensated at the rate of $250/hour for my work done for the preparation of this Declaration. If called to testify under oath (*e.g.*, deposition or trial), I will be compensated at the rate of $250/hour for such time. I have no financial interest in the outcome of this matter.

7.　　I understand that a motion for a temporary restraining order is being filed with the United States District Court for the Northern District of Illinois Eastern Division along with a Complaint alleging that Flying-Ant, Inc. ("Flying-Ant") infringes or is about to infringe U.S. Patent No. 10,358,081 (the "'081 Patent").

8.　　I reserve the right to supplement or amend my opinions to account for new developments in this case resulting from the discovery process or any other means.

## III. OVERVIEW OF THE '081 PATENT

9.　　The face of the '081 Patent (Ex. S-1) indicates that it issued on July 23, 2019, from Application No. 16/016,333, which was filed in the USPTO on June 22, 2018. The face of the '081 Patent also indicates that it is a continuation of and claims priority to the CN 2017218114924 Chinese Application, which was filed on December 22, 2017.

10.　　The background of the specification of the '081 Patent discloses that "[a]t present, most light-emitting designs of the wheel are to install LED lights on the wheels, to enable a light-emitting effect." *See, e.g.*, the '081 Patent at 1:27-29. It further discloses that "the present light-emitting effect is relatively simple, and the light-emitting effect and pleasure to the public need to be improved." *Id.* at 1:29-30. According to the specification, "[t]he present disclosure aims to provide a wheeled vehicle with great pleasure to the public and light-emitting effect and a wheel of the wheeled vehicle for realizing the light-emitting effect." *Id.* at 1:35-38. To address

this aim, the specification discloses a wheel body comprises a light-emitting module. *Id.* at 1:43-45.

11. The wheel claimed in Claim 1 of the '081 Patent comprises a wheel body comprising a light-emitting module; the light-emitting module comprises:

1. a Light Emitting Diode (LED) light bar,

2. a flat mirror, and

3. a two-way mirror; wherein the LED light bar is arranged between the flat mirror and the two-way mirror; both a mirror surface of the flat mirror and a reflective surface of the two-way mirror face the LED light bar; and a transparent surface of the two-way mirror faces an outer side of the wheel.

## IV.  LEGAL STANDARDS

### A.  The '081 Patent's Presumption of Validity

12. Counsel has informed me that a patent is presumed to be valid and enforceable and this presumption can only be overcome if clear and convincing evidence is presented that proves otherwise.

13. Counsel has informed me that the enablement requirement under 35 U.S.C. § 112 requires that a patent disclose sufficient information to enable or teach persons of ordinary skill in the field of the invention, as of the effective filing date, to make and use the full scope of the claimed invention without undue experimentation. Because patents are written for persons of ordinary skill in the field of the invention, I further understand that a patent need not

expressly state information that persons of ordinary skill would be likely to know or could obtain.

14.     Counsel has informed me that the written description requirement under 35 U.S.C. § 112 requires that a patent contain a written description of the product or process claimed in the patent to ensure that the patent applicant actually invented the claimed subject matter. I understand the written description requirement is satisfied if persons of ordinary skill in the field of the invention would recognize, from reading the patent specification, that the inventor possessed the subject matter finally claimed in the patent. The written description requirement is satisfied if the specification shows that the inventor possessed his or her invention as of the effective filing date, even though the claims themselves may have been changed or new claims added since that time. Further, I understand that the claim must be viewed as a whole and the exact words found in the claim need not be used.

15.     Counsel has informed me that a patent is invalid for indefiniteness under 35 U.S.C. § 112 if it fails to conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as the invention. I further understand that a claim is invalid for indefiniteness if its language, when read in light of the specification and the prosecution history, fails to inform, with reasonable certainty, those skilled in the art about the scope of the invention.

16.     Counsel has informed me that under 35 U.S.C. § 101 any new and useful process, machine, manufacture, or composition of matter, or any new and useful improvement thereof may be eligible for a patent with the exception that laws of nature, natural phenomena, and abstract ideas are not patentable. I have further been informed that a claim is invalid

under 35 U.S.C. § 101 if it is directed to one of those patent-ineligible concepts, and also fails to include an element or combination of elements that is sufficient to ensure that the patent in practice amounts to significantly more than a patent upon the ineligible concept itself.

17.     Counsel has informed me that a claim is not patentable under 35 U.S.C. § 102 for lack of novelty if each and every element of the claim is described, either expressly or inherently, in a single prior art reference in the same configuration in which those elements are claimed. I understand that a claim that meets these conditions can be considered "anticipated" by the prior art reference. Counsel has further informed me that to establish anticipation by inherency; the inherent teaching must necessarily result from what is described in the prior art reference. The mere probability that a certain thing may result from a given set of circumstances is not sufficient to demonstrate inherency.

18.     Counsel has informed me that a patent is invalid due to obviousness under 35 U.S.C. § 103 if it would have been obvious to a person of ordinary skill in the art of the claimed invention at the time the invention was made. I understand that unlike anticipation, which allows consideration of only one item of prior art, obviousness may be shown by considering one or more than one item of prior art. I further understand that in reviewing obviousness, hindsight should be avoided, and the patent should not be used as a road map for selecting and combining items of prior art.

19.     Counsel has informed me that the Supreme Court set out the framework for the obviousness inquiry as follows:

Under § 103, the scope and content of the prior art are to be determined; differences between the prior art and the claims at issue are to be ascertained; and the level of

ordinary skill in the pertinent art resolved. Against this background, the obviousness or non-obviousness of the subject matter is determined. Such secondary considerations as commercial success, long-felt but unsolved needs, failure of others, *etc.*, might be utilized to give light to the circumstances surrounding the origin of the subject matter sought to be patented.

20.     Counsel has informed me that secondary considerations of non-obviousness are also referred to as *objective indicia* of non-obviousness, and that these must be considered in every case where they are present. Counsel has also informed me that secondary considerations include unexpected results, long-felt but unresolved need, failure of others, industry skepticism followed by acceptance and industry praise, and commercial success. Counsel has further informed me that there must be some nexus between the asserted objective indicia of non-obviousness and the merits of the claimed invention.

**B.     The '081 Patent' Enforceability**

21.     Counsel has informed me that a patent may be unenforceable due to inequitable conduct. I understand that inequitable conduct requires clear and convincing evidence that the patent applicant made misrepresentations or omissions material to patentability, that the applicant did so with the specific intent to mislead or deceive the USPTO, and that deceptive intent was the single most reasonable inference to be drawn from the evidence.

**C.     The Infringement of the '081 Patent**

22.     Counsel has informed me that a determination of infringement requires: (1) construing the patent claims from the point of view of a person of ordinary skill in the art at

the time of the invention; and (2) determining whether the accused product meets each element of the construed claims.

23.     Counsel has also informed me that for infringement, a claim element may be met either literally or under the "doctrine of equivalents." I also understand that a claim element may be met under the doctrine of equivalents if it performs the same function, in the same way, providing the same result, as the claim element or if the differences between the claimed element and the accused element amount to no more than insubstantial differences. Further, I understand that this analysis is conducted at the time that the alleged infringement commenced.

24.     Counsel has further informed me that prosecution history estoppel arises when a patent applicant makes a "clear and unmistakable surrender" of subject matter or narrows a claim to avoid prior art or other concerns that make the claim not patentable. I understand that in such a scenario, the applicant is estopped from using the doctrine of equivalents to recapture the surrendered subject matter.

## V.     LEVEL OF ORDINARY SKILL

25.     Counsel has informed me that "a person of ordinary skill in the relevant field" is a hypothetical person who is presumed to have known the relevant art at the time of the invention, and to whom one could assign a routine task with reasonable confidence that the task would be successfully carried out. I have been advised that the relevant timeframe is prior to December 22, 2017.

26.     By virtue of my education, experience, and training, I am familiar with the level of skill in the art of the '081 Patent prior to December 22, 2017.

27.     In my opinion, a person of ordinary skill in the relevant field prior to December 22, 2017, would include someone who had, through education or practical experience, the equivalent of a bachelor's degree in mechanical engineering, or complementary discipline. This experience would be assumed sufficient to endow the person of ordinary skill in the art with industrial experience in the designing and manufacturing products for consumer products.

## VI.     VALIDITY OF THE '081 PATENT

28.     As previously stated, Counsel has informed me that the claims of the '081 Patent are presumed valid and enforceable.

29.     I have reviewed the specification, the prosecution histories, and the claims of the '081 Patent and have seen nothing that leads me to believe the claims of the '081 Patent are invalid or unenforceable. The specifications of the '081 Patent adequately enable a person of skill in the art to practice the claimed inventions. Additionally, the specifications of the '081 Patent show that the inventors possessed the claimed inventions as of the effective filing date. The claims are also sufficiently definite to apprise one of skill in the art of their scope. Furthermore, the claims of the '081 Patent are not directed to ineligible subject matter.

30.     In addition, I have reviewed the references cited during prosecution. No cited reference alone or in combination with another cited reference teaches all the elements or steps of any claim of the '081 Patent. Moreover, during prosecution of the '081 Patent, the Examiner did not issue a rejection and allowed the '081 Patent after a notice to file corrected application papers.

31.     The Examiner stated in the notice of allowance that "[i]n combination with the other limitations nothing in the best prior art of record teaches, suggest, or discloses: 'wherein

the LED light bar is arranged between the flat mirror and the two-way mirror: both a mirror surface of the flat mirror and a reflective surface of the two-way mirror face the LED light bar; and a transparent surface of the two-way mirror faces an outer side of the wheel.'" Notice of Allowance and Fees Due (PTOL-8), Page 2.

32.     The Examiner further stated how the U.S. Pat. No. 6,322,237 ("Lee") "teaches a wheel with an LED bar but fails to teach the claimed optical setup with the two-way mirror." Additionally, how U.S. Pat. No. 6,62,726 ("Gloodt") "fails to teach the specifics of the claimed optical setup." *Id*., Page 3. Lastly, how U.S. Pub. 20180268747 ("Braun") "does not teach a wheel." *Id.*

33.     Accordingly, I do not foresee Flying-Ant presenting any evidence that would invalidate any claim of the '081 Patent or render the '081 Patent unenforceable by clear and convincing evidence.

**VII. INFRINGEMENT BY Flying-Ant**

   **A.     Flying-Ant's Hoverboard model HY-A06 Infringes the '081 Patent**

34.      It is my opinion,  studying Flying-Ant's Hoverboard model HY-A06 ("HY-A06"), that Flying-Ant's HY-A06 infringes at least Claims 1, 2, 7-11, and 18-20 of the '081 Patent either literally or under the doctrine of equivalents. I have based this opinion based on the specification.

      **1.     Flying-Ant's Literal Infringement of Claim 1 of the '081 Patent**

35.      Claim 1 of the '081 Patent recites: "A wheel comprising: a wheel body comprising a light-emitting module; the light-emitting module comprises a Light Emitting Diode (LED) light bar, a flat mirror, and a two-way mirror; wherein the LED light bar is arranged

between the flat mirror and the two-way mirror; both a mirror surface of the flat mirror and a reflective surface of the two-way mirror face the LED light bar; and a transparent surface of the two-way mirror faces an outer side of the wheel."

36.    Flying-Ant's HY-A06 includes  a wheel comprising: a wheel body comprising a light-emitting module; the light-emitting module comprises a Light Emitting Diode (LED) light bar, a flat mirror, and a two-way mirror; wherein the LED light bar is arranged between the flat mirror and the two-way mirror; both a mirror surface of the flat mirror and a reflective surface of the two-way mirror face the LED light bar; and a transparent surface of the two-way mirror faces an outer side of the wheel. As can be seen in Table 1 below. The wheel comprises a light-emitting module. The light-emitting module comprises an LED light bar, a flat mirror, and a two-way mirror. The arrangement of the LED light bar is between the flat mirror and the two-way mirror. Both the mirror surface of the flat mirror and the reflective surface of the two-way mirror face the LED light bar. The transparent surface of the two-way mirror faces the outer side of the wheel. Flying-Ant's HY-A06is constructed as claimed in Claim 1 and has the function as described in the '081 specification.

**Table 1. Infringement chart for Claim 1 of the '081 Patent vs. Flying-Ant's** HY-A06

| Claim | U.S. Patent No. 10,358,081 | Flying-Ant's Hoverboard model HY-A06 ("HY-A06") |
|---|---|---|
| 1 | [1.0] A wheel comprising: | The HY-A06 discloses a wheel. *See* FIGS. 1 and 2 (annotated and provided below). FIG 1 shows a wheel on the HY-A06. FIG 2 shows the wheel and its components. |



FIG. 1 (annotated).

FIG. 2 (annotated).

| [1.1] a wheel body comprising a light-emitting module; | HY-A06 discloses a wheel body comprising a light-emitting module. *See* FIGS. 2 and 3 (annotated and provided below). FIG. 2 shows a disassembled light-emitting module and its components. FIG. 3 shows a partially disassembled light-emitting module. |
|---|---|



FIG. 2 (Annotated).



FIG. 3 (annotated)

| [1.2A] the light-emitting module comprises a Light Emitting Diode (LED) light bar … | HY-A06 discloses a light-emitting module comprising a LED light bar. *See* FIGS. 2 and 3 (annotated and provided below). FIG. 2 shows a light-emitting module with an LED light bar. FIG. 3 shows a disassembled light-emitting module with a light bar. |
|---|---|



FIG. 3 (annotated).

FIG. 2 (annotated).

| [1.2B] the light-emitting module comprises … a flat mirror … | HY-A06 discloses a light-emitting module comprising a flat mirror. *See* FIG. 2 (annotated and provided below). FIG. 2 shows a disassembled light-emitting module with a flat mirror. |
| --- | --- |



| | | |
|---|---|---|
| | | FIG. 2 (annotated) |
| | [1.2C] the light-emitting module comprises … a two-way mirror; | HY-A06 discloses a light-emitting module comprising a two-way mirror. *See* FIG. 2 (annotated and provided below). FIG. 2 shows a disassembled light-emitting module with a two-way mirror. |
| | | FIG. 2 (annotated) |
| | [1.3] wherein the LED light bar is arranged between the flat mirror and the two-way | HY-A06 discloses an LED light bar arranged between the flat mirror and the two-way mirror. *See* FIGS. 2 and 4 (annotated and provided below). FIG. 2 shows an LED light bar, flat mirror and two-way mirror. FIG. 4 shows an LED light bar arranged between the flat mirror and the |

| | mirror; | two-way mirror. |
|---|---|---|



FIG. 2 (annotated).

FIG. 4 (annotated)

| | [1.4] both a mirror surface of the flat mirror and a | HY-A06 discloses both a mirror surface of the flat mirror and a reflective surface of the two-way mirror facing the LED light bar. *See* FIG. 4 (annotated and provided below). |
|---|---|---|

| | | |
|---|---|---|
| | reflective surface of the two-way mirror face the LED light bar; | FIG. 4 shows both a mirror surface of the flat mirror and a reflective surface of the two-way mirror facing the LED light bar.<br><br><br><br>FIG. 4 (annotated) |
| | [1.5] and a transparent surface of the two-way mirror faces an outer side of the wheel. | HY-A06 discloses a transparent surface of the two-way mirror facing an outer side of the wheel. *See* FIGS. 2 and 4 (annotated and provided below). FIG. 2 shows a transparent surface of the two-way mirror facing an outer side of the wheel. FIG. 4 shows a transparent surface of the two-way mirror facing an outer side of the wheel. |



FIG. 2 (annotated)



FIG. 4 (annotated)

### 2. Flying-Ant's Literal Infringement of Dependent Claims

37.     The dependent claims are also infringed by Flying-Ant's HY-A06. As can be

seen in Table 2 below. The wheel contains a bracket inlaid in the wheel body and the LED

light bar, the flat mirror, and the two-way mirror mounted on the bracket. Furthermore, the

light-emitting module is arranged at one side of the wheel body. The LED light bar contains a

plurality of LED lights uniformly distributed and is in the shape of an annulus. The HY-A06

is constructed as claimed in Claim 2, 7,-11, and 18-20 and has the function as described in the

'081 specification.

### Table 2. Infringement chart for Claims 2, and 7-10 of the '081 Patent vs. Flying-Ant's HY-A06.

| Claim | U.S. Patent No. 10,358,081 | Flying-Ant's Hoverboard model HY-A06 ("HY-A06") |
|---|---|---|
| 2 | [2.0] The wheel of claim 1, wherein the light-emitting module further comprises a bracket; | HY-A06 discloses a wheel comprising a light-emitting module comprising a bracket. *See* FIG. 2 (annotated and provided below). FIG. 2 shows a wheel with partially disassembled light-emitting module with a bracket. |



| | | |
|---|---|---|
| | | FIG. 2 (annotated) |
| | [2.1] the bracket is inlaid in the wheel body | HY-A06 discloses a bracket inlaid in a wheel body. *See* FIG. 3 (annotated and provided below). FIG. 3 shows a bracket inlaid in the wheel body. |
| | | FIG. 3 (annotated). |
| | [2.2] and the LED light bar, the flat mirror, and the two-way mirror are mounted on the | HY-A06 discloses an LED light bar, flat mirror, and two-way mirror mounted on a bracket *See* FIGS. 2 and 4 (annotated and provided below). FIG. 2 shows an LED light bar, flat mirror, two-way mirror mount, and bracket. FIG. 4 shows the LED light bar, the flat mirror, and the |

| | | |
|---|---|---|
| | bracket. | two-way mirror are mounted on the bracket.<br><br><br><br>FIG. 2 (annotated)<br><br>FIG. 4 (annotated) |
| 7 | [7.0] The wheel of claim 1, wherein the light-emitting module is arranged | HY-A06 discloses a light-emitting module arranged at one side of the wheel body. *See* FIGS. 2 and 3 (annotated and provided below). FIG. 2 shows a disassembled light-emitting module arranged at one side of the wheel body. |

| | at one side or two sides of the wheel body.  | FIG. 3 shows a partially disassembled light-emitting module arranged at one side of the wheel body.  FIG. 2 (annotated)  FIG. 3 (annotated) |
|---|---|---|
| 8 | [8.0] The wheel of claim 1, wherein a plurality of LED lights is arranged on the LED light bar … | HY-A06 discloses a plurality of LED lights arranged on the LED light bar. *See* FIGS. 2 and 3 (annotated and provided below). FIG. 2 shows a disassembled light-emitting module with a plurality of LED lights is arranged on the LED light bar. FIG. 3 shows a partially disassembled light-emitting module with a plurality of LED lights is arranged on the LED light bar. |



FIG. 2 (annotated)



FIG. 3 (annotated)

| | | |
|---|---|---|
| | [8.1] The wheel of claim 1, wherein … the plurality of LED lights is uniformly distributed on the LED light bar… | HY-A06 discloses a plurality of LED lights uniformly distributed on the LED light bar. *See* FIGS. 2 and 3 (annotated and provided below). FIG. 2 shows the plurality of LED lights uniformly distributed on the LED light bar. FIG. 3 shows the plurality of LED lights uniformly distributed on the LED light bar. |



FIG. 2 (annotated)



FIG. 3 (annotated)

| | | |
|---|---|---|
| | [8.2] The wheel of claim 1, wherein … the LED light bar is in the shape of an annulus | HY-A06 discloses an LED light bar in the shape of an annulus. *See* FIGS. 2 and 3 (annotated and provided below). FIG. 2 shows an LED light bar in the shape of an annulus. FIG. 3 shows an LED light bar in the shape of an annulus. |



FIG. 2 (annotated)

FIG. 3 (annotated)

| 9 | [9.0] A wheeled vehicle | HY-A06 discloses a wheeled vehicle. *See* FIGS. 1 and 5 (provided below). FIG. 1 shows a wheel of a vehicle. FIG. 5 shows multiple wheels of the vehicle. |
|---|---|---|



FIG. 1 (annotated)

FIG. 5 (annotated).

| | [9.1] A wheeled vehicle, comprising a frame | HY-A06 discloses a wheel comprising a frame. *See* FIGS. 1 and 5 (provided below). FIG. 1 shows the frame of a wheeled vehicle. FIG. 5 shows the frame of a wheeled vehicle. |
|---|---|---|



FIG. 1 (Annotated).

FIG. 5 (annotated).

| | | |
|---|---|---|
| | [9.2] wherein the wheel of claim 1 is arranged on the frame | HY-A06 discloses a wheel arranged on a frame. *See* FIGS. 1 and 5 (provided below). FIG. 1 shows the wheel on the frame. FIG. 5 shows the wheel on the frame. |



FIG. 1 (annotated).

FIG. 5 (annotated).

| 10 | [10.0] The wheeled vehicle of claim 9, wherein the wheeled vehicle is … a balanced scooter [or] | HY-A06 discloses a wheeled vehicle in the form of a balanced scooter. *See* FIG. 5 (provided below). FIG. 5 shows a wheeled vehicle in the form of a balanced scooter. |
|----|----|----|



| | | |
|---|---|---|
| | | FIG. 5 (annotated). |
| | [10.1] The wheeled vehicle of claim 9, wherein the wheeled vehicle is … an electric scooter | HY-A06 discloses a wheeled vehicle in the form of an electric scooter. *See* FIG. 5 (provided below). FIG. 5 shows a wheeled vehicle in the form of an electric scooter. |
| | | FIG. 5 (annotated). |
| 11 | [11.0] The wheeled vehicle of claim 9, wherein the light-emitting module further comprises a bracket; | HY-A06 discloses a light-emitting module comprising a bracket. *See* FIG. 2 (annotated and provided below). FIG. 2 shows a disassembled light-emitting module with a bracket. |



| | | |
|---|---|---|
| | | FIG. 2 (annotated) |
| | [11.1] The wheeled vehicle of claim 9, wherein … the bracket is inlaid in the wheel body; | HY-A06 discloses a bracket inlaid in a wheel body. *See* FIG. 2 (annotated and provided below). FIG. 2 shows a bracket inlaid in the wheel body.<br><br>FIG. 2 (annotated) |
| | [11.2] The wheeled vehicle of claim 9, wherein … the LED light bar, the flat mirror, and the two-way mirror are | HY-A06 discloses an LED light bar, a flat mirror, and a two-way mirror mounted on a bracket. *See* FIG. 4 (annotated and provided below). FIG. 4 shows an LED light bar, flat mirror, and two-way mirror mounted on the bracket. |

| | mounted on the bracket | <br>FIG. 4 (annotated) |
|---|---|---|
| 18 | [18.0] The wheeled vehicle of claim 9, wherein the light-emitting module is arranged at one side or two sides of the wheel body | HY-A06 discloses a light-emitting module arranged at one side of the wheel body. *See* FIGS. 2 and 3 (annotated and provided below). FIG. 2 shows a disassembled light-emitting module arranged on one side of the wheel body. FIG. 3 shows a disassembled light-emitting module arranged on one side of the wheel body.<br><br><br>FIG. 2 (annotated) |



| | | |
|---|---|---|
| | | FIG. 3 (annotated) |
| 19 | [19.0] The wheeled vehicle of claim 9, wherein a plurality of LED lights is arranged on the LED light bar … | HY-A06 discloses a plurality of LED lights arranged on the LED light bar. *See* FIGS. 2 and 3(annotated and provided below). FIG. 2 shows a plurality of LED lights arranged on the LED light bar. FIG. 3 shows a plurality of LED lights arranged on the LED light bar.

FIG. 2 (annotated) |



FIG. 3 (annotated)

| | [19.1] The wheeled vehicle of claim 9, wherein … the plurality of LED lights is uniformly distributed on the LED light bar… | HY-A06 discloses a plurality of LED lights uniformly distributed on the LED light bar. *See* FIGS. 2 and 3 (annotated and provided below). FIG. 2 shows the plurality of LED lights uniformly distributed on the LED light bar. FIG. 3 shows the plurality of LED lights uniformly distributed on the LED light bar. |



FIG. 2 (annotated).

| | | |
|---|---|---|
| | | FIG. 3 (annotated) |
| | [19.2] The wheeled vehicle of claim 9, wherein … the LED light bar is in the shape of an annulus. | HY-A06 discloses an LED light bar in the shape of an annulus. *See* FIGS. 2 and 3 (annotated and provided below). FIG. 2 shows an LED light bar in the shape of an annulus. FIG. 3 shows an LED light bar in the shape of an annulus.<br><br>FIG. 2 (annotated) |

FIG. 3 (annotated)

| 20 | [20.0] The wheeled vehicle of claim 19, wherein the wheeled vehicle is a … a balance scooter, [or] | HY-A06 discloses a wheeled vehicle in the form of a balanced scooter. *See* FIG. 5 (annotated and provided below). FIG. 5 shows a wheeled vehicle in the form of a balanced scooter.  FIG. 5 (annotated). |
| --- | --- | --- |
| | [20.1] The wheeled vehicle of claim 19, wherein … an electric scooter | HY-A06 discloses a wheeled vehicle in the form of an electric scooter. *See* FIG. 5 (provided below). FIG. 5 shows a wheeled vehicle in the form of an electric scooter. |



FIG. 5 (annotated).

### 3. Flying-Ant Infringement of the '081 Patent under the Doctrine of Equivalents

38.     In the case that the Court determines that Flying-Ant's HY-A06does not literally infringe the '081 Patent, I have additionally determined that the HY-A06 infringes the '081 Patent under the doctrine of equivalents. The HY-A06 discloses a wheel comprising: a wheel body comprising a light-emitting module or its equivalent. The equivalent light-emitting module performs the same function, in the same way, providing the same result, as the light-emitting module of claim 1. The equivalent light-emitting module comprises a Light Emitting Diode (LED) light bar, a flat mirror, and a two-way mirror. The LED light bar is arranged between the flat mirror and the two-way mirror. Both a mirror surface of the flat mirror and a reflective surface of the two-way mirror face the LED light bar. A transparent surface of the two-way mirror faces an outer side of the wheel.

## VIII. CONCLUSION

39.     Thus, for all of the reasons detailed above, I conclude that the '081 Patent is not invalid and that Flying-Ant's HY-A06infringes the '081 Patent literally. To the extent the court finds otherwise, I additionally conclude that the HY-A06 infringes under the doctrine of equivalents.

40.     I declare under penalty of perjury that the foregoing is my true and correct opinion. Executed on January 6, 2020.


1/6/2020


Mingshao Zhang, Ph.D.

**APPENDIX A**

**Materials Considered**

U.S. Patent No. 10,358,081.

Prosecution History of Application No. 13/951,034, which issued as U.S. Patent No. 10,358,081, including the references cited therein.

**APPENDIX B**

**CURRICULUM VITAE OF MINGSHAO ZHANG, PH.D.**

# Mingshao Zhang, Ph.D.

Southern Illinois University Edwardsville

Mech and Indus Engr

(618) 650-5174

Email: mzhang@siue.edu

**Education**

Ph D, Stevens Institute of Technology, 2016.

Major: Mechanical Engineering

Dissertation Title: Vision-based Object Tracking using 3-D Scanners with Applications in Educational Laboratories

MS, Stevens Institute of Technology, 2012.

Major: Mechanical Engineering

BSE, University of Science and Technology of China, 2010.

Major: Mechanical Engineering and Automation

**Professional Positions**

Assistant Professor, Southern Illinois University Edwardsville. (August 16, 2016 - Present).

STEM Center Faculty Fellow, Southern Illinois University Edwardsville. (July 1, 2018 - June 30, 2019).

Graduate Research Assistant, Stevens Institute of Technology. (August 20, 2010 - May 30, 2016).

Undergraduate Research Assistant, University of Science and Technology of China. (February 1, 2009 - May 30, 2010).

**Contracts, Grants and Sponsored Research**

Funded, External:

Zhang, M. (Principal), "Support Work for Autonomous Floor-Cleaning Robot," Sponsored by Arch & Lake, LLP, Private, $6,937.09. (April 1, 2018 - December 31, 2018).

Zhang, M. (Principal), "Phase II: Improvement of Educational Robotic Platform," Sponsored by WeEducation Group, Inc., Private, $26,146.40. (March 28, 2018 - December 31, 2018).

Zhang, M. (Principal), "Development of an Educational Robotic Platform," Sponsored by Wailian Education Group, INC., Private, $56,304.00. (July 5, 2017 - October 5, 2017).

Funded, Internal:

Zhang, M. (Principal), "STEM Center Faculty Fellow," Sponsored by Southern Illinois University Edwardsville, Southern Illinois University Edwardsville, $6,000.00. (July 1, 2018 - June 30, 2019).

Zhang, M. (Principal), Lotfi Yagin, N. (Co-Principal), Wang, Y. (Co-Principal), Shang, Y. (Co-Principal), Weinberg, J. B. (Co-Principal), "Research Equipment & Tools Program," Sponsored by Southern Illinois University Edwardsville, Southern Illinois University Edwardsville, $11,797.00. (March 16, 2018 - June 30, 2018).

Zhang, M. (Co-Principal), Lotfi Yagin, N. (Principal), "Development of Low-cost Educational Platforms to Promote  Mechatronics among the University Community and General Public," Sponsored by Excellence in Undergraduate Education, Southern Illinois University Edwardsville, $4,000.00. (November 1, 2017 - June 30, 2018).

Zhang, M. (Supporting), Lotfi Yagin, N. (Principal), Noble, B. L. (Supporting), Hankins, M. J. (Supporting), "Research Equipment and Tools Grant," Sponsored by Graduate School, Southern Illinois University Edwardsville, $13,451.00. (September 1, 2017).

Zhang, M., "Graduate School New Faculty Incentive Program Funds," Sponsored by Southern Illinois University Edwardsville, Southern Illinois University Edwardsville, $2,000.00. (March 1, 2018 - 2018).

**Publications**

Book Chapters

Zhang, Z., Zhang, M., Chang, Y., Aziz, E.-S., Esche, S. K., Chassapis, C. (2018). Collaborative virtual laboratory environments with hardware in the loop. *Cyber-Physical Laboratories in Engineering and Science* (pp. 363-402). Springer.

Journal Articles

Zhang, M., Zhang, Z., Chang, Y., Aziz, E.-S., Chassapic, C. (2018). Recent developments in game-based virtual reality educational laboratories using the Microsoft Kinect. *International Journal of Emerging Technologies in Learning, 13*(1), 138-159.

Rafibakhsh, N., Zhang, M., Lee, H. Felix (2018). Comparison of Three Non-contact Scanners for Reverse Engineering: A Case Study for Industrial Products. *Advancement in Mechanical Engineering and Technology, 1*(1), 24-33 (10 pages).

Zhang, Z., Zhang, M., Chang, Y., Esche, S., Chassapis, C. (2016). Real-time 3D Reconstruction for Facilitating the Development of Game-based Virtual Laboratories. *Computers in Education Journal, 7*(1), 85-99.

Chang, Y., Aziz, E.-S., Zhang, Z., Zhang, M., Esche, S. (2016). Usability evaluation of a virtual educational laboratory platform. *Computers in Education Journal, 7*(1), 24-36.

Zhang, M., Zhang, Z., Chang, Y., Esche, S. K., Chassapis, C. (2015). Kinect-based Universal Range Sensor and its Application in Educational Laboratories. *International Journal of Online Engineering, 11*(2), 26–35.

Zhang, Z., Zhang, M., Tumkor, S., Chang, Y., Esche, S. K., Chassapis, C. (2013). Integration of Physical Devices into Game-based Virtual Reality. *International Journal of Online Engineering, 9*(5), 25–38.

Conference Proceedings

Zhang, M., Duan, P., Zhang, Z., Esche, S. (2018). *Development of Telepresence Teaching Robots With Social Capabilities*. Pittsburgh: 2018 International Mechanical Engineering Congress & Exposition.

Zhang, Z., Zhang, S., Zhang, M., Esche, S. (2018). *Immersive Educational Systems with Procedure-Oriented Combination of Real and Virtual Environments*. Pittsburgh: 2018 International Mechanical Engineering Congress & Exposition.

Zhang, Z., Zhang, A., Zhang, M., Esche, S. (2018). *Conceptual Framework for Integrating a Wireless Sensor and Control Network into a Robotics Course for Senior Students of Mechanical Engineering Technology*. Salt Lake City: ASEE Annual Conference and Exposition.

Zhang, M., Lotfi Yagin, N., Zhang, Z., Esche, S. (2017). *Development of automatic reconfigurable robotic arms using vision-based control*. 2017 ASEE Annual Conference & Exposition.

Zhang, Z., Zhang, M., Chang, Y., Esche, S., Chassapis, C. (2016). *A virtual laboratory combined with biometric authentication and 3D reconstruction*. Phoenix, Arizona, USA: ASME International Mechanical Engineering Conference & Exposition.

Chang, Y., Aziz, E.-S., Zhang, Z., Zhang, M., Esche, S. (2016). *Evaluation of a video game adaptation for mechanical engineering educational laboratories*. Erie, Pennsylvania, USA: ASEE/IEEE Frontiers in Education Conference.

Zhang, Z., Zhang, M., Chang, Y., Aziz, E.-S., Esche, S., Chassapis, C. (2016). *A virtual laboratory system with biometric authentication and remote proctoring based on facial recognition*. ASEE Annual Conference & Exposition.

Zhang, Z., Zhang, M., Chang, Y., Esche, S. K., Chassapis, C. (2015). A Smart Method for Developing Game-Based Virtual Laboratories. *ASME 2015 International Mechanical Engineering Congress and Exposition* (pp. V005T05A036–V005T05A036).

Zhang, M., Zhang, Z., Chang, Y., Esche, S. K., Chassapis, C. (2015). *Simultaneous Tracking and Reconstruction (STAR) of Objects and its Application in Educational Robotics Laboratories*. Seattle, Washington, USA: ASEE Annual Conference & Exposition.

Chang, Y., Aziz, E.-S., Zhang, Z., Zhang, M., Esche, S., Chassapis, C. (2014). *A Platform for Mechanical Assembly Education Using the Microsoft Kinect* (pp. V005T05A019–V005T05A019). Montreal, Quebec, Canada: ASME International Mechanical Engineering Conference & Exposition.

Zhang, M., Zhang, Z., Esche, S. K., Chassapis, C. (2014). *Algorithm Modification Approach to Improve the Kinect's Performance in Point Cloud Processing* (pp. V005T05A015–V005T05A015). Montreal, Quebec, Canada: ASME International Mechanical Engineering Conference & Exposition.

Zhang, Z., Zhang, M., Chang, Y., Esche, S. K., Chassapis, C. (2014). *An Efficient Method for Creating Virtual Spaces for Virtual Reality* (pp. V005T05A016–V005T05A016). Montreal, Quebec, Canada: ASME International Mechanical Engineering Conference & Exposition.

Zhang, M., Zhang, Z., Aziz, E.-S., Esche, S. K., Chassapis, C. (2013). *Kinect-based universal range sensor for laboratory experiments* (pp. V005T05A047–V005T05A047). San Diego, California, USA: ASME International Mechanical Engineering Conference & Exposition.

Zhang, Z., Zhang, M., Chang, Y., Aziz, E.-S., Esche, S. K., Chassapis, C. (2013). *Real-time 3D model reconstruction and interaction using Kinect for a game-based virtual laboratory* (pp. V005T05A053–V005T05A053). San Diego, California, USA: ASME International Mechanical Engineering Conference & Exposition.

Zhang, M., Zhang, Z., Esche, S. K., Chassapis, C. (2013). *Universal range data acquisition for educational laboratories using Microsoft Kinect*. Atlanta, Georgia, USA: ASEE Annual Conference & Exposition.

Tumkor, S., Zhang, M., Zhang, Z., Chang, Y., Esche, S. K., Chassapis, C. (2012). *Integration of a real-time remote experiment into a multi-player game laboratory environment* (pp. 181–190). Houston, Texas, USA: ASME International Mechanical Engineering Conference & Exposition.

**Presentations Given**

Zhang, M., 2018 International Mechanical Engineering Conference & Exposition, "Immersive Educational Systems with Procedure-Oriented Combination of Real and Virtual Environments," American Society of Mechanical Engineering, Pittsburgh, USA. (November 15, 2018).

Zhang, M., 2018 ASEE Annual Conference & Exposition, "Conceptual Framework for Integrating a Wireless Sensor and Control Network into a Robotics Course for Senior Students of

Mechanical Engineering Technology," American Society for Engineering Education, Salt Lake City, Utah. (June 27, 2018).

Zhang, M., 2017 ASEE Annual Conference & Exposition, "Development of automatic reconfigurable robotic arms using vision-based control," American Society for Engineering Education, Columbus, Ohio. (June 26, 2017).

Zhang, M., 2015 ASEE Annual Conference & Exposition, "Simultaneous Tracking and Reconstruction (STAR) of Objects and its Application in Educational Robotics Laboratories," Seattle. (June 14, 2015).

Zhang, M., ASME International Mechanical Engineering Conference & Exposition, "Algorithm Modification Approach to Improve the Kinect's Performance in Point Cloud Processing," Montreal, Quebec, Canada. (November 14, 2014).

**Teaching**

Southern Illinois University Edwardsville

IE 106, Engineering Problem Solving, 2 courses.

ME 262, Dynamics, 3 courses.

ME 354, Numerical Simulation, 2 courses.

ME 380L, Stress Laboratory, 3 courses.

ME 452, Vibrations, 3 courses.

ME 482, Mechanical Engr Design I, 1 course.

ME 484, Mechanical Engr Design II, 1 course.

ME 599, Thesis, 2 courses.

MRE 320, Sensors and Actuators, 2 courses.

MRE 480, Design in Mech and Rob I, 1 course.

Directed Student Learning

Master's Project Committee Chair, Mech and Indus Engr. (August 2018 - Present).
Advised: Yutong Liu

Master's Thesis Committee Chair, Mech and Indus Engr. (January 2018 - Present).
Advised: Pengji Duan

Master's Thesis Committee Chair. (January 9, 2017 - Present).
Advised: Sai Kiran

Senior Assignment Supervision, Mech and Indus Engr. (August 2018 - May 2019).
Advised: Mattew Mancewizc, Andrew Stricler, Nathaniel Day, Nicolas Coglianese

Master's Project Committee Member, "Electrochemical Modeling of Lithium-Ion Batteries,"
Mech and Indus Engr. (December 2018).
Advised: Michael Miller

Student Teaching/Clinical Supervision, "Temperature Compensation of Capacitive Pressure
Sensors for Harsh Environment Applications," Mech and Indus Engr. (December 2018).
Advised: Rahul Suthar

URCA Mentor, Mech and Indus Engr. (August 2018 - December 2018).
Advised: Jonathan Cheatham, Christopher Couch, Jason Couch

Directed Individual/Independent Study, "Reflection of Sound in 3D Modeling," Mech and Indus
Engr. (March 2018 - December 2018).
Advised: Colton McClintock

Master's Thesis Committee Member, Mech and Indus Engr. (2017 - 2018).
Advised: Hunter Meadows

Master's Thesis Committee Member, "Design Study of a Piezoelectric Curved THUNDER via Finite Element Modeling," Mech and Indus Engr. (2017 - 2018).
Advised: Md Nahid Hasan

Master's Thesis Committee Member, "Energy Harvesting of Lead-free Piezoelectric Ceramics Bimorphs," Mech and Indus Engr. (2017 - 2018).
Advised: Turki Mohammed Alghamdi

Master's Thesis Committee Member, "Design of PID Controller Based on the Stabilizing Set," Mech and Indus Engr. (2017 - 2018).
Advised: Xingzi Yang

URCA Mentor. (January 2018 - May 2018).
Advised: Husam Diab, Alexander Dinan, Alexander Hunsaker, Michael McCann

URCA Mentor, "Construction of Robotic Prosthetic Hand through Upper and Lower Arm Muscle Pattern Recognition," Mech and Indus Engr. (August 15, 2017 - May 1, 2018).
Advised: Logan Sherrill

URCA Mentor. (September 2017 - December 2017).
Advised: Alex Dinan, Husam Diab, Shawn Gilles, Michael McCann

URCA Mentor, Mech and Indus Engr. (January 9, 2017 - May 15, 2017).
Advised: Bryan Kier, Alexander Dinan, Logan Sherrill, Husam Diab

Non-Credit Instruction

SIUE Engineering Camp, Southern Illinois University Edwardsville, 52 participants. (June 3, 2018).

**Service**

Department Service

Committee Chair, ME Faculty Search Committee. (August 2018 - Present).

Committee Member, Mechanical Engineering Ad Hoc Committee. (November 2017 - Present).

Committee Member, Mechanical Engineering Undergraduate Committee. (August 16, 2016 - Present).

Coordinator, Mechatronics and Robotics Program Coordinator. (August 16, 2016 - Present).

Committee Member, ME Faculty Search Committee. (October 20, 2016 - May 15, 2017).

College Service

Committee Member, School of Engineering Safety Committee. (August 16, 2017 - Present).

Faculty Advisor, Boeing Gofly challenge. (October 2017 - April 2018).

University Service

Committee Chair, Chemistry Undergraduate Program Review. (September 2018 - Present).

Faculty Mentor, Bridging Universal Inclusion & Leadership Development (BUILD). (August 2018 - Present).

Committee Member, Graduate Council-Programs Committee. (August 2018 - Present).

Faculty Interviewer, Meridian Scholarship Interview. (2018).

Faculty Mentor, Faculty & Staff Mentoring Students with Disabilities. (February 2018 - May 2018).


Professional Service


Program Organizer, ASME International Mechanical Engineering Congress & Exposition. (November 2018 - Present).


Reviewer, Grant Proposal, National Science Foundation. (November 2018 - Present).


Session Moderator, 2018 ASEE Annual Conference & Exposition, Salt Lake City, Utah. (June 27, 2018 - Present).


Reviewer, Journal Article, Virtual Reality journal. (March 23, 2018 - Present).


Reviewer, Journal Article, Computer Applications in Engineering Education. (August 29, 2017 - Present).


Reviewer, Journal Article, Journal: Learning and Instruction. (August 24, 2017 - Present).


Reviewer, Conference Paper, IEEE Control Systems Society Conference. (September 28, 2016 - Present).


Reviewer, Conference Paper, International Conference on University Learning and Teaching. (August 1, 2016 - Present).


Reviewer, Journal Article, IEEE Transactions on Learning Technologies. (May 5, 2016 - Present).


Reviewer, Conference Paper, IEEE Frontiers in Education Conference. (April 12, 2016 - Present).

Reviewer, Conference Paper, ASEE Annual Conference & Exposition. (September 1, 2013 - Present).

Reviewer, Conference Paper, ASME's International Mechanical Engineering Congress and Exposition. (September 1, 2013 - Present).

Reviewer, Grant Proposal, National Science Foundation, Alexandria, Virginia. (July 2018 - October 2018).

Reviewer, Grant Proposal, National Science Foundation, Alexandria, Virginia. (March 7, 2018 - April 30, 2018).

Public Service

Member, University Housing Faculty Fellows, Edwardsville, Illinois. (August 2018 - Present).

Mentor, School of Engineering Mentor Mixer, Edwardsville, Illinois. (October 16, 2017 - Present).

Debate Judges, SIUE Energy Symposium, Edwardsville, Illinois. (November 27, 2018).

**Media Contributions**

Internet

SIUE News. (September 23, 2018).

SIUE News. (May 2, 2018).

SIUE News. (April 16, 2018).

SIUE News. (October 27, 2017).