# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
### Eastern Division

E−Link Technology Co., Ltd.

                                Plaintiff,

v.                                     Case No.: 1:20−cv−00247
                                                Honorable John J. Tharp Jr.

Shenzhen Uni−Sun Electronics Co., Ltd., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 22, 2020:

      MINUTE entry before the Honorable John J. Tharp, Jr:Motion hearing held. Plaintiff's ex parte motion for TRO [4] is granted on the grounds set forth in the motion. A revised redlined version of the proposed TRO, addressing issues raised by the Court as to paragraphs 6 and 8 of the original proposed order, is to be submitted via e−mail to the Court's Proposed Orders inbox Proposed_Order_Tharp@ilnd.uscourts.gov, in Word format. Plaintiff's motion to exceed page limitation [5] is granted. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.