IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| E-LINK TECHNOLOGY CO., LTD. <br><br> Plaintiff, <br><br> v. <br><br> SHENZHEN UNI-SUN ELECTRONICS CO., LTD., and Unknown Persons and/or Entities doing business under Amazon Seller IDs "FEISHAZO", "LEMONGREEN", AND "JIANGKUN", <br><br> Defendants. | Case No.: 1:20-cv-00247 <br><br><br> Hon. John J. Tharp, Jr. |

**PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION**

Plaintiff hereby moves this Honorable Court for entry of a Preliminary Injunction. The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order entered on January 22, 2020. In support of its Motion, Plaintiff herewith submits a Memorandum of Law and a further Declaration of Haoyi Chen.

Dated: February 3, 2020

Respectfully submitted,

/s/ William J. Leonard
William J. Leonard
Wang, Leonard & Condon
33 North LaSalle Street, 2020
Chicago, IL 60602
Phone: (312)782-1668
Email: bill.wlc@gmail.com

***ATTORNEYS FOR PLAINTIFF***
***E-Link Technology, Co., Ltd..***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 3, 2020, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, and I will send an e-mail to the e-mail addresses identified in the Temporary Restraining Order entered on January 22, 2020, and any e-mail addresses provided for Defendants by third parties.

                                          /s/ William J. Leonard
                                          William J. Leonard
                                          Wang, Leonard & Condon
                                          33 North LaSalle St., Suite 2020
                                          Chicago, IL 60602
                                          Phone: (312)782-1668
                                          Email: bill.wlc@gmail.com