**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| E-LINK TECHNOLOGY CO., LTD. | |
| Plaintiff, | |
| v. | Case No.: 1:20-cv-00247 |
| SHENZHEN UNI-SUN ELECTRONICS CO., LTD., and Unknown Persons and/or Entities doing business under Amazon Seller IDs "FEISHAZO", "LEMONGREEN", AND "JIANGKUN", | Hon. John J. Tharp, Jr. |
| Defendants. | |

**DECLARATION OF HAOYI CHEN**

I, Haoyi Chen, declare as follows:

1. I am an attorney at law, duly admitted *Pro Hac Vice* for this case before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am the attorney for Plaintiff. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. Since and pursuant to entry of the TRO, Plaintiff has contacted Amazon.com, Inc. and Paypal, Inc. to restrain accounts associated with the Defendant Amazon stores.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 3, 2020, Houston, Texas.

                                                                                                        */s/Haoyi Chen*
                                                                                                            Haoyi Chen