**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

E-LINK TECHNOLOGY CO., LTD.

Plaintiff,

v.

SHENZHEN UNI-SUN ELECTRONICS CO., LTD.,
and Unknown Persons and/or Entities doing business
under Amazon Seller IDs "FEISHAZO",
"LEMONGREEN", AND "JIANGKUN",

Defendants.

Case No.: 1:20-cv-00247

Hon. John J. Tharp, Jr.

**PLAINTIFF'S NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Thursday, February 6, 2020 at 9:00 a.m., or as soon

thereafter as counsel may be heard, counsel for Plaintiff E-Link Technology Co., Ltd. will appear

before the Honorable John J. Tharp, Jr. in the courtroom usually occupied by him, Room 1419 of

the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present

Plaintiff's Motion for Entry of a Preliminary Injunction.

Date: February 3, 2020

Respectfully submitted,

 /s/    William J. Leonard
One of Plaintiff's Attorneys

William J. Leonard (bill.wlc@gmail.com)
Wang, Leonard & Condon
33 N. LaSalle St., Ste. 2020
Chicago, IL 60602
Off:  312.782.1668
Cell: 312.965.0013

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 3, 2020, I will electronically file the foregoing with the

Clerk of the Court using the CM/ECF system, and I will thereafter send a copy of the foregoing

Notice of Motion by e-mail to the e-mail addresses identified in the Temporary Restraining

Order entered on January 22, 2020, and any other e-mail addresses provided for Defendants by

third parties.

/s/ William J. Leonard
William J. Leonard
Wang, Leonard & Condon
33 North LaSalle St., Suite 2020
Chicago, IL 60602
Phone: (312) 965-0013
Email: bill.wlc@gmail.com