# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

E–Link Technology Co., Ltd.

                                                     Plaintiff,

v.                                                                          Case No.: 1:20–cv–00247
                                                                         Honorable John J. Tharp Jr.

Shenzhen Uni–Sun Electronics Co., Ltd., et al.

                                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 6, 2020:

      MINUTE entry before the Honorable John J. Tharp, Jr:Motion hearing held. Defendants did not appear. For the reasons stated on the record, Plaintiff's motion for entry of a Preliminary Injunction [16] is granted. Enter Preliminary Injunction Order. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.